We the Senior and Junior classes of VPA have become frustrated with the lack of attention we have received from administration. Together we have come together to create this list of complaints and questions that we believe summarize how we feel.

- How disciplinary actions are taken.
- Why student's individuality is oppressed?
- Seniors and Juniors need to be celebrated for academic success.
- A focus needs to be taken on fun just as much as academics.
- Our voices must be heard.
- VPA is proud of our academic history, yet we suffer by not having a true "high school experience."
- VPA has become an award-winning school through the hard work of staff, students, and administration. However, students receive little to no recognition.
- VPA is known to have a strict set of rules in place, however all the limitation imposed on students has become unbearable.
- Senior year is meant to be memorable but the constant risk of discipline has made it hard to enjoy our last year.
- The Juniors ask for experiences that the seniors have experienced

High school doesn't hate VPA we just want to help make the school a better place for students and staff alike. We work hard for the success of the school and for our futures; and as a school we are asking for administration to give us some individuality. We understand that not every demand can be met and so we are willing to work with Administration to better the school and make the VPA experience memorable to every student.

VPA's high schools wishes to create a bound that every student and class shares. We seniors want to make a school spirit that will benefit everyone in school and give our school a semi- traditional feel. Bringing change and creating a school spirit is the legacy we want to leave behind as we transition into college students. As the school's leaders, we believe it is our duty to make our school better and make everyone excited to be a VPA graduate. We want the juniors to experience the same treatment that we had. We want our fellow underclassmen to receive college visits and accompany us as we visit colleges and learn more about them. As for the rest of the school I firmly believe they too want to see a change. United as the VPA classes of 2018, 2019, 2020, and 2021; we seniors know that change is possible.