*Flores, et al. vs.*

*Victory Preparatory Academy*

*Transcript of Video Recorded Interview*

STEVENS-KOENIG REPORTING™

700 17th Street, Suite 1750
Denver, Colorado 80202
Phone: 303.988.8470

FLORES, et al.,

v.

VICTORY PREPARATORY ACADEMY

TRANSCRIPT OF VIDEO RECORDED INTERVIEW

TRANSCRIBED: November 11, 2018

TRANSCRIPT PROVIDED BY:

STEVENS-KOENIG REPORTING
700 17th Street, Suite 1750
Denver, Colorado 80202
303-988-8470

(Beginning of video recording.)

JOEL FLORES: If you're confused and not happy (inaudible 4+). Nobody's told me that so far.

POLICE OFFICER: Yeah. I don't know.

JOEL FLORES: Other than (inaudible).

POLICE OFFICER: So what I -- what I would recommend at this point -- this would be my thought, okay, for you guys: Being that everybody's upset, everybody's a little -- trying to figure out what's going on, and I totally understand that, is to head home now, call, make an appointment with the principal. If --

JOEL FLORES: He won't answer.

POLICE OFFICER: Give it a little bit of time, you know. Go make an appointment. That way, if you want to do it as a group, if you want to do it individually --

UNIDENTIFIED MALE SPEAKER: I can't (inaudible) --

POLICE OFFICER: You know. And that way, if you guys want to get together and then -- you know, figure out how you guys want to handle this, and then that way you can talk to them and just --

UNIDENTIFIED FEMALE SPEAKER: We just -- we're wondering if he's willing to have a parent conference all together with him, because it's not fair

that he's not giving --

POLICE OFFICER: Sure.

UNIDENTIFIED FEMALE SPEAKER: -- any explanation or coming out and talking to us.

POLICE OFFICER: And what I can do is we can talk to him. We told him we're going to go back and talk to him. You know.

UNIDENTIFIED FEMALE SPEAKER: As the parents, we have the rights to request a meeting.

POLICE OFFICER: Sure.

UNIDENTIFIED FEMALE SPEAKER: All the parents --

POLICE OFFICER: Sure.

UNIDENTIFIED FEMALE SPEAKER: -- together at the same time.

POLICE OFFICER: And I don't think --

UNIDENTIFIED FEMALE SPEAKER: And (inaudible).

POLICE OFFICER: Yeah, and I agree with that, but I don't think right now he can do that right now.

JOEL FLORES: Yeah.

POLICE OFFICER: So that way, that he could try to figure out what's going to be the best time to do that and meet with all of you guys.

UNIDENTIFIED FEMALE SPEAKER: Well, he could. He could come out and talk to us.

POLICE OFFICER: Okay.

UNIDENTIFIED FEMALE SPEAKER: He's just sitting in his office.

POLICE OFFICER: And like I said --

UNIDENTIFIED MALE SPEAKER: He chooses not to.

POLICE OFFICER: -- I -- I don't know his schedule.

UNIDENTIFIED MALE SPEAKER: He chooses not to.

POLICE OFFICER: And like I said, I'm just --

UNIDENTIFIED FEMALE SPEAKER: He's not choosing not to, but he --

POLICE OFFICER: Okay.

UNIDENTIFIED FEMALE SPEAKER: -- has to face us.

POLICE OFFICER: I understand that.

MARY FLORES: Just I want you to let him know that as parents, we have the rights.

POLICE OFFICER: Sure.

JOEL FLORES: He knows. He knows.

MARY FLORES: And we know that these are

our rights. I know, because I used to work in the schools.
POLICE OFFICER: And I'll let him -- and I'll let him know that you guys --
JOEL FLORES: School district.
POLICE OFFICER: -- want to talk to him.
MARY FLORES: Right.
POLICE OFFICER: You want to talk to him as a group.
MARY FLORES: Yeah.
POLICE OFFICER: And that way maybe he can send something out, you know, like I said, either as a --
UNIDENTIFIED FEMALE SPEAKER: We're going to wait for him right here. We're not leaving.
POLICE OFFICER: Well, unfortunately, you can't wait right here.
UNIDENTIFIED FEMALE SPEAKER: We have to, 'cause we have to have explanations.
POLICE OFFICER: Because I'm -- here's -- well, I'm just going to let you know right now if you -- if you don't leave, he's going to press charges.
JOEL FLORES: It's trespassing. Trespassing.
POLICE OFFICER: And then everybody's going to be arrested and taken in.

BEVERLY FELIPE: Okay. Do you think it was wrong, you, that you know law in your work --
POLICE OFFICER: What's that?
BEVERLY FELIPE: You, that you know law in your work, do you think it was right for him to suspend us, as you say?
POLICE OFFICER: And I don't know. Like I said, I wasn't here when all that happened.
BEVERLY FELIPE: Yeah.
POLICE OFFICER: So I don't know what the school policy is on any of that stuff.
UNIDENTIFIED FEMALE SPEAKER: That's right. That's right. You don't even know what happened. They were here.
POLICE OFFICER: Right.
UNIDENTIFIED FEMALE SPEAKER: They're telling us.
POLICE OFFICER: Right.
UNIDENTIFIED FEMALE SPEAKER: So we want to hear the part -- the principal's part. We want to hear him before we decide.
POLICE OFFICER: Right.
UNIDENTIFIED FEMALE SPEAKER: 'Cause we know we have the right to decide with our families.
POLICE OFFICER: Sure.

UNIDENTIFIED FEMALE SPEAKER: But we want to hear him, what happened, what's going on, what's his decision, what he wants us to do, what's going to be the new rules. We want to talk to him. He should come out and face us.

JOEL FLORES: 'Cause there's always two sides of the story.

POLICE OFFICER: You're right.

BEVERLY FELIPE: Is there --

POLICE OFFICER: You're totally right, yeah.

BEVERLY FELIPE: -- is there any crime in protesting and hearing and speaking out our voices?

POLICE OFFICER: No, not at all. But you can't do it on property. That's the problem. You can protest, it's your First Amendment right, your right, but you can't do it on school property.

UNIDENTIFIED MALE SPEAKER: So at the streets?

UNIDENTIFIED FEMALE SPEAKER: No. But it's --

POLICE OFFICER: Yeah. As long as it's -- as long as it's peaceful, that you're not blocking traffic and you're not blocking entrances, yes, you're totally legal to do that. And we wouldn't stop you from

doing that. So . . . But, unfortunately, right now --
and what I will do is I'll pass that --

(End of video recording.)

REPORTER'S CERTIFICATE

I, Carol M. Bazzanella, a Registered Professional Reporter, Certified Realtime Reporter, Certified Realtime Captioner, and Notary Public within and for the State of Colorado, do hereby certify that I prepared the foregoing transcript from a video recording of the proceedings.

I further certify that the transcript is accurate to the best of my ability to hear and understand the proceedings.

I further certify that I am not an attorney, nor counsel, nor in any way connected with any attorney or counsel for any of the parties to said action, nor otherwise interested in the outcome of this action.

My commission expires: February 10, 2020.

Carol M. Bazzanella, RPR, CRR, CRC
Registered Professional Reporter
Certified Realtime Reporter
Certified Realtime Captioner
Notary Public, State of Colorado

**4**

**4+** 2:3

**A**

**agree** 3:19
**always** 7:6
**Amendment** 7:16
**answer** 2:12
**appointment** 2:11, 14
**arrested** 5:25

**B**

**back** 3:6
**before** 6:21
**beginning** 2:1
**Being** 2:8
**best** 3:24
**BEVERLY** 6:1,4,9 7:9,12
**bit** 2:13
**blocking** 7:23,24

**C**

**call** 2:10
**cause** 5:18 6:23 7:6
**charges** 5:21
**chooses** 4:7,11
**choosing** 4:16
**come** 4:2 7:4
**coming** 3:4
**conference** 2:25
**confused** 2:2
**could** 3:23 4:2
**crime** 7:12

**D**

**decide** 6:21,24
**decision** 7:3
**district** 5:5
**doing** 8:1

**E**

**either** 5:12
**end** 8:3
**entrances** 7:24
**even** 6:13
**everybody's** 2:8 5:24
**explanation** 3:4
**explanations** 5:18

**F**

**face** 4:19 7:5
**fair** 2:25
**families** 6:24
**far** 2:3
**FELIPE** 6:1,4,9 7:9, 12
**FEMALE** 2:23 3:3,8, 11,14,17 4:1,4,15,18 5:13,17 6:12,16,19, 23 7:1,20
**figure** 2:9,21 3:24
**First** 7:16
**FLORES** 2:2,5,12 3:22 4:21,24,25 5:5, 7,10,22 7:6

**G**

**Give** 2:13
**giving** 3:1
**group** 2:15 5:9
**guys** 2:8,20,21 3:25 5:4

**H**

**handle** 2:21
**happened** 6:8,13 7:2
**happy** 2:3
**head** 2:10
**hear** 6:20 7:2
**hearing** 7:13
**here** 5:14,16 6:8,14
**home** 2:10

**I**

**I'LL** 5:3,4 8:2
**I'M** 4:13 5:19,20
**inaudible** 2:3,5,18 3:18
**individually** 2:16

**J**

**JOEL** 2:2,5,12 3:22 4:24 5:5,22 7:6

**K**

**knows** 4:24

**L**

**law** 6:2,4
**leave** 5:21
**leaving** 5:14
**legal** 7:25
**little** 2:9,13
**long** 7:22,23

**M**

**make** 2:10,14
**MALE** 2:17 4:7,11 7:18
**MARY** 4:21,25 5:7, 10
**maybe** 5:11
**meet** 3:25
**meeting** 3:9

**N**

**new** 7:4
**Nobody's** 2:3
**now** 2:10 3:20,21 5:20 8:1

**O**

**office** 4:5
**OFFICER** 2:4,6,13, 19 3:2,5,10,13,16,19, 23 4:3,6,9,13,17,20, 23 5:3,6,8,11,15,19, 24 6:3,7,10,15,18,22, 25 7:8,10,14,22
**Other** 2:5
**our** 5:1 6:24 7:13

**P**

**parent** 2:24
**parents** 3:9,12 4:22
**part** 6:20
**pass** 8:2
**peaceful** 7:23
**point** 2:7
**POLICE** 2:4,6,13,19 3:2,5,10,13,16,19,23 4:3,6,9,13,17,20,23 5:3,6,8,11,15,19,24 6:3,7,10,15,18,22,25 7:8,10,14,22
**policy** 6:11
**press** 5:21
**principal** 2:11
**principal's** 6:20
**problem** 7:15
**property** 7:15,17
**protest** 7:16
**protesting** 7:13

**R**

**recommend** 2:7
**recording** 2:1 8:3
**request** 3:9
**rights** 3:9 4:22 5:1
**rules** 7:4

**S**

**same** 3:15
**schedule** 4:10
**school** 5:5 6:11 7:17
**schools** 5:2
**send** 5:12
**should** 7:4
**sides** 7:7
**sitting** 4:5
**something** 5:12
**SPEAKER** 2:17,23 3:3,8,11,14,17 4:1,4, 7,11,15,18 5:13,17 6:12,16,19,23 7:1,18, 20
**speaking** 7:13
**stop** 7:25
**story** 7:7
**streets** 7:19
**stuff** 6:11
**suspend** 6:5

**T**

**taken** 5:25
**talk** 2:22 3:6,7 4:2

5:6,8 7:4

**talking** 3:4

**telling** 6:17

**They're** 6:16

**think** 3:16,20 6:1,5

**thought** 2:7

**together** 2:20,25 3:14

**told** 2:3 3:6

**totally** 2:10 7:10,25

**traffic** 7:24

**trespassing** 5:22,23

**try** 3:24

**trying** 2:9

**two** 7:6

**U**

**understand** 2:10 4:20

**unfortunately** 5:15 8:1

**UNIDENTIFIED** 2:17,23 3:3,8,11,14, 17 4:1,4,7,11,15,18 5:13,17 6:12,16,19, 23 7:1,18,20

**upset** 2:8

**used** 5:1

**V**

**video** 2:1 8:3

**voices** 7:13

**W**

**wait** 5:14,16

**want** 2:15,20,21 4:21 5:6,8 6:19,20 7:1,4

**wants** 7:3

**wasn't** 6:8

**way** 2:14,19,22 3:23 5:11

**we're** 2:24 3:6 5:13, 14

**what's** 2:9 3:24 6:3 7:2,3

**willing** 2:24

**won't** 2:12

**wondering** 2:24

**work** 5:1 6:2,5

**wouldn't** 7:25

**wrong** 6:2

**Y**

**you're** 2:2 7:8,10,23, 24