# Video Placeholder for Ex. 3- Video Footage of 2017.09.28 Discussion with Police*

*A hard copy of Exhibit 3 to be submitted manually