# DECLARATION OF MARY FLORES

I, Mary Flores, swear that the following is true and correct to the best of my knowledge and information:

1. My name is Mary Flores. I am over the age of eighteen and am otherwise competent to testify. I make the following statements based on my personal knowledge.

2. My child, E.F., is a high school student who is currently enrolled at Victory Preparatory Academy ("VPA").

3. On September 28, 2017, E.F. was a junior at VPA. That day, he was involved in a student protest that involved sitting down during the VPA School Pledge and remaining silent, rather than reciting the pledge.

4. I received a pre-recorded call from VPA instructing me to come pick up E.F. from school because all of the students were being sent home.

5. My husband Joel and I drove to VPA to pick up E.F.

6. Joel and I are the owners and editors of *La Prensa De Colorado*, a weekly Spanish-Language newspaper.

7. When I arrived at VPA students and parents were gathered around the street near VPA's entrance. I used my cellphone to film the police who had already arrived at the school. I continued filming from the sidewalk at the school as students were being made to leave. I filmed the police warning students and parents to leave, some students waiting for their parents to come pick them up and police vehicles parked along the road.

8. I also interviewed some students and parents regarding the student protest and VPA's response.



Scanned by CamScanner

9. On September 29, 2017, in *La Prensa De Colorado*, Joel and I published a front-page article covering the student protest and VPA's dismissal of the entire student body.

10. The September 29, 2017, article described VPA's response to the student protest and its dismissal of the entire student body and included statements such as:

11. "Los papás estan pidiendo una reunión con el director de la escuela, porque no quieren que sus hijos hablen a solas con el director porque es una persona que se altera y les levanta la voz y les grita y esto causa intimidación a los estudiantes."[1]

12. "También hablamos con algunos padres de familia que compartieron su sentir y desesperación por los malos tratos tanto a los estudiantes como a los papás."[2]

13. "Se convoca a otros papás y estudiantes que han sido victima de los malos tratos de esta escuela a que hablen y den su opinión para continúr con esta investigación."[3]

14. On October 6, 2017, E.F. arrived home from school with a letter he had been ordered by a VPA administrator to deliver it to Joel and I. That letter included the following statements:

a. "On September 28, 2017, school surveillance recorded that in the process of our students being released home to their families, you chose to detain, film, and photograph Victory Preparatory Academy students without school and parent permission."

---

[1] English translation: "Parents are requesting a meeting with the school principal, because they don't want their children to speak to the principal alone since he is a person who is easily upset and raises his voice and screams at students, which causes them to be intimidated."

[2] English translation: "We also spoke with a few parents of VPA students who shared their feelings of disappointment with the school's mistreatment of the students as well as the parents."

[3] English translation: "We ask that other parents and students who have been victims of the recent mistreatment by the school reach out and share their opinion in order to help us continue this investigation."

Scanned by CamScanner

b. "This activity is not only illegal, it is a violation of school policy and your family's agreement regarding conduct on school grounds."

c. "Your actions created an unsafe situation and required police intervention."

d. "You also intentionally chose to create a false narrative with students, the public, and the media regarding VPA student activities and school administration decisions."

e. "Your actions on September 28th and the perpetuation of information which is false and manipulative regarding Victory Preparatory Academy is being reviewed by corporate legal counsel, law enforcement, and CLA/VPA Board of Directors."

f. "Until the review can be completed and processed, you are not permitted on CLA/VPA school properties at any time. Your only organizational contact during this period will be Nyssa Strom. . . ."

g. "This notice is also a reminder that CLA/VPA campuses are private property with all legal rights and authority therein. Failure to comply with this directive will result in law enforcement intervention."

15. The October 6 letter is signed by the "Community Leadership Academy, Incorporated."

16. The October 6 letter states that it was cc'd to:

a. Terry Croy Lewis, Colorado Charter School Institute

b. Eric Hall, Lewis Roca Rothgerber Christie LLP

c. Commerce City Police Department

17. The October 6 letter provided us with no avenue for challenging or appealing the directives and prohibitions it imposes.

Scanned by CamScanner

18. Although it has been well over one year since delivery of this October 6 letter, VPA has never communicated with either Joel or I regarding the status of any review, despite asserting in the letter that a review was being undertaken.

19. Since the letter was issued, Joel and I have been indefinitely barred from school grounds.

20. As a result of the school grounds restrictions, Joel and I have been unable to attend E.F.'s home sports games or parent-teacher conferences.

21. As a result of the school grounds restrictions, Joel and I have been unable to pick up or drop off E.F. on school grounds and are forced to pick up or drop off E.F. across or down the street from VPA.

22. As a result of the school grounds restrictions, Joel and I will be unable to attend E.F.'s graduation from VPA later this year.

23. As a result of the school grounds restrictions, Joel and I are not permitted to contact VPA employees involved in E.F.'s education, including E.F.'s teachers.

24. The restrictions set forth in VPA's October 6, 2017 letter remain in effect today.

I, Mary Flores, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and the laws of the United States of America that the preceding is true and correct, based on my personal knowledge.

DATED this 7 day of December, 2018.

[signature]
Mary Flores



Scanned by CamScanner