# Video Placeholder for Ex. 5- Video Footage from 2017.09.28*

*A hard copy of Exhibit 5 to be submitted manually