# Video Placeholder for Ex. 6- Video Footage from 2017.09.28*

*A hard copy of Exhibit 6 to be submitted manually