La Prensa DE COLORADO

GRATIS
www.laprensadecolorado.com

Like us on facebook
facebook.com/LaPrensadeColorado

Año 8 • Edición 383 Del 29 de Septiembre al 5 de Octubre del 2017 Tel. 303-287-4105/Fax 303-287-1643 News@laprensadecolorado.com

Busque su periódico cada viernes en los establecimientos de costumbre
La Prensa DE COLORADO

LKQ Pick Your Part
Self Service Auto Parts
www.PickYourPart.com

Llantas usadas

¿Porqué comprar llantas nuevas?
Cuando usted puede comprar usado y ahorrar dinero



Chevy • Ford • Chrysler y Marcas Importadas



30 días de garantia en todas las partes

HORARIO:
Lunes-Viernes: 9:00am.- 5:00pm
Sábado y Domingo: abrimos desde las 9am - 5:00pm

1-800-962-2277

11602 E. 33rd. Ave.
Aurora, CO. 80010
303-365-2001

6100 N. Federal Blvd.
Denver, CO 80221
303-427-8185

# Suspenden a Estudiantes

*Por Diana Vázquez*




"Victory Preparatory Academy, una preparatoria en la ciudad de Commerce City, en Colorado tomó la decisión de mandar a todos los estudiantes a sus casas, después de que ellos protestaran porque no se le ha tomado en consideración cambios que ellos quisieran ver"






*Estudiantes y padres de familia enfrente de la escuela, pidiendo hablar con el director de la escuela por medio de la policía, ya que los directivos no dieron la cara... (Fotos: LPDC/Mary A. Flores).*

Los estudiantes dicen que son tratados como un numero más, ellos piden quese les trate como lo que son, estudiantes que quieren sobresalir, vivir y disfrutar la experiencia de estar en una escuela preparatoria

Página 4 y 6

## La importancia de la seguridad en las vías de tren



Página 3

## Crónica de una tragedia

Segunda Parte

La Pesadilla Continúa



Página 10

•DUI
•Apelación y reapertura de casos
•Delitos menores
•Suspensión de la licensia
•Lesiones personales
•Todo tipo de choque
•Accidentes de camiones motocicletas y peatones

¿ACCIDENTES DE AUTO?
CASOS CRIMINALES
CONSULTA GRATIS
303-632-7172
2851 S. Parker Rd. #760, Aurora, CO 80014
SE HABLA ESPAÑOL 719-419-7486 Colorado Springs, CO

¡Conozca sus derechos!



Con mas de 50 años de experiencia combinada.
LEE·MYERS O'CONNELL INJURY ATTORNEYS
¡Abogados de los lastimados!

# Estudiantes de preparatoria suspendidos

Por Mary A. Flores

> “Los estudiantes le entregaron al director de la escuela, Ron Jajdelski, un papel con una lista de expectativas de los estudiantes y razones por las cuales estaban protestando
>
> La administración no ha dado comentarios sobre lo sucedido. Sin embargo, llamaron a la policía para que se presentaran a la escuela”




*Estudiantes, papás y familiares afuera de la escuela, compartiendo lo sucedido y pidiendo hablar con el director, pero sin ninguna respuesta...(Foto: LPDC/ Mary A. Flores).*

Victory Preparatory Academy, una preparatoria en la ciudad de Commerce City, tomó la decisión de mandar a todos los estudiantes a sus casas, después de que ellos protestaran porque no se le ha tomado en consideración cambios que ellos quisieran ver” –Sumario

El pasado jueves, padres de los estudiantes de la escuela, Victory Preparatory Academy (VPA, por sus siglas en inglés), recibieron una llamada de la administración de está pidiéndoles que fueran a recoger a sus hijos, diciéndoles que sus hijos decían que ya no querían estar ahí, y que las clases serian suspendidas por el día.

Aparentemente, esa mañana los estudiantes decidieron protestar en contra de la escuela al no levantarse ni recitar el juramento de lealtad a la escuela, la que dice lo siguiente:
“Acepto el reto de ser un Noble Caballero [Noble Knight, mascota escolar] VPA y prometo hacer lo mejor para mí, mi familia, mi escuela y mi comunidad”.

Los estudiantes se levantaron para el Himno de la bandera con todo el respeto, pero después permanecieron sentados durante el juramento de lealtad a la escuela en el gimnasio de la escuela.
“Anoche trabajamos juntos para crear un plan para traer cambios”, dijo José Luis Martínez, estudiante de VPA. “
Además, los estudiantes le entregaron al director de la escuela, Ron Jajdelski, un papel con una lista de expectativas de los estudiantes y razones por las cuales estaban protestando.

La administración no ha dado comentarios sobre lo sucedido. Sin embargo, llamaron a la policía para que se presentaran a la escuela.

El suceso de los hechos parece ser que después de que los estudiantes no se levantaron a recitar la prensa de lealtad hacia la escuela, la administración los mando a sus salones.
Después, a través de la bocina intercom, se les mando llamar a regresar al gimnasio de la escuela, donde el director y los estudiantes intercambiaron palabras.
“Básicamente, el (director) dijo que nosotros no sabemos lo que se toma ser una de las mejores escuelas, que queremos todo este cambio, pero que no sabemos lo que se toma”, comentó Martínez.

Después de como 10 minutos, según el recuento de los estudiantes, el director les dijo que se les aviso a los padres de que serían suspendidos y pasaran a recogerlos.




Sobre de que es lo que pasaría después de esto, los estudiantes no tienen una idea clara.
“No estamos seguros. Unos dicen que nos van a correr. Unos dicen que vamos a ser suspendidos. Otros dicen que la escuela va a cambiar. No sabemos. Solo queríamos hacer el cambio”, explicó Martínez.
Los estudiantes también se quejan de que la escuela no tiene espíritu escolar.

“Sentimos que esta escuela no tiene ningún sentido de espíritu escolar. La escuela se enorgullece de las buenas calificaciones y buena academia, pero no hay nada más que eso aquí”, expresó Bryan Soto, otro estudiante de VPA.

Los estudiantes expresaron ser motivados por los jugadores de fútbol americano, quienes se han puesto en una rodilla mientras cantan el himno nacional del país, por el supuesto maltrato de los afros americanos dentro del país.

“Nos rehusamos a levantarnos y ellos [la administración escolar], nos empezaron a gritar y decir ‘¡Levántense! ¡Todos levántense!’”, aseguró Beverly Felipe, estudiante de VPA.

Los estudiantes también dijeron que el director de la escuela les sugirió de transferirse a otra escuela que les ofrezca las actividades extracurriculares que ellos están pidiendo.
Uno de los oficiales que llegó a la escena, comento parte de lo que él había hablado con la administración.
Todo lo que sé es que el [director] me dijo que los estudiantes estaban inconformes. Él no mencionó nada sobre una suspensión”, declaró el oficial de la ciudad de Commerce City, Chris Castillo.

» Página 6










Además, el oficial les sugirió a los padres de irse a sus casas y de llamar y hacer una cita con el principal de la escuela.
Los papás estan pidiendo una reunión con el director de la escuela, porque no quieren que sus hijos hablen a solas con el director porque es una persona que se altera y les levanta la voz y les grita y esto causa intimidación a los estudiantes.
El futuro de estos estudiantes es incierto....
Hasta la fecha no se sabe lo que va a pasar con los estudiantes, y si se llevara a cabo una junta entre la administración de la escuela y los padres de los estudiantes.
La escuela mando una llamada telefónica diciendo que los estudiantes estaban corriendo por los pasillos y diciendo malas palabras y comportandose de muy mala manera.
**La Prensa de Colorado** hablo en exclusiva con varios estudiantes y dijeron que todo lo que la escuela dijo en esa grabación no es cierto, que la escuela esta mintiendo. También hablamos con algunos padres de familia que compartieron su sentir y desesperación por los malos tratos tanto a los estudiantes como a los papás. Tenemos la carta que los estudiantes le dieron al director y es una carta muy bien redactada, sin faltar al respeto en nada, ni a nadie, en esa carta expresan lo que ellos piden.

Se convoca a otros papás y estudiantes que han sido victima de los malos tratos de esta escuela a que hablen y den su opinión para continúr con esta investigación.
Pueden llamarnos directamente a este medio impreso al número de tel. 303-287-4105











COMMUNITY LEADERSHIP ACADEMY
A Colorado State PK-5 Charter School

VICTORY PREPARATORY ACADEMY
A Colorado State Middle/High Charter School

October 6, 2017

Mary and Joel Flores:

On September 28, 2017, school surveillance recorded that in the process of our students being released home to their families, you chose to detain, film, and photograph Victory Preparatory Academy students without school and parent permission. This activity is not only illegal, it is a violation of school policy and your family's agreement regarding conduct on school grounds. Your actions created an unsafe situation and required police intervention. You also intentionally chose to create a false narrative with students, the public, and the media regarding VPA student activities and school administration decisions. Although school administrators were literally ten feet away, you made no effort to clarify any aspect of the activities and actions of the school leaders, nor have you to date.

Your actions on September 28th and the perpetuation of information which is false and manipulative regarding Victory Preparatory Academy is being reviewed by corporate legal counsel, law enforcement, and CLA/VPA Board of Directors.

Until the review can be completed and processed, you are NOT permitted on CLA/VPA school properties at any time. Your only organizational contact during this period will be Nyssa Strom, 303-288-6111 ext. 6820.

This notice is also a reminder that CLA/VPA campuses are private property with all legal rights and authority therein. Failure to comply with this directive will result in law enforcement intervention.

Community Leadership Academy, Incorporated.

Cc: Terry Croy Lewis, Colorado Charter School Institute
Eric Hall, Lewis Roca Rothgerber Christie LLP
Commerce City Police Department

***La carta que fue enviada a los padres de familia, Mary y Joel Flores por alguién de la escuela Victory Preparatory Academy... (Foto: LPDC).***

# Victory Prep Academy: Carta a padres de familia

*Por Diana Vázquez*

> **"Victory Preparatory Academy mandó una carta a padres de familia, Mary y Joel Flores, donde se hablan de varios puntos sobre lo que pasó el día de la suspención de clases después de la protesta de los estudiantes"**

El pasado 28 de septiembre, estudiantes de la escuela Victory Preparatory Academy, decidieron hacer una protesta pacífica al no levantarse para el himno de la escuela, solamente se levantaron para el himno a la bandera.

La razón de la protesta fue que los estudiantes querían hacer un cambio en cuando a la experiencia escolar y la adición de actividades extracurriculares. Según recuentos de varios estudiantes, antes de decidir protestar, trataron de dar sus sugerencias y opiniones a la administración, sin ningún triunfo.

Después de la protesta, algunos los padres de familia recibieron una llamada donde se les avisaba que los estudiantes serian mandados a sus casas temprano porque los estudiantes no querían estar allí.

Por lo tanto, los hechos fueron reportados en varios medios de comunicación, incluyendo ***La Prensa de Colorado, dirigida por Mary y Joel Flores.*** La cobertura de este suceso fue una recopilación de testimonios de padres y estudiantes de la escuela VPA.

• Primeramente, la carta menciona el punto que la cobertura de la suspensión de las clases de los estudiantes, provocó una "situación insegura y la intervención policial fue requerida".

*No obstante, cuando se empezó a reportar sobre los hechos,* la policía ya estaba presente. Además, los oficiales del Departamento de Commerce City, Chris Castillo y Jennifer Kunugi, tuvieron una conversación civil con los padres de los estudiantes, incluyendo a Mary y Joel Flores, quienes estaban confundidos del porque las clases de sus hijos estaban suspendidas.

• A lo que lleva a otro punto de la carta. En la carta si ningún remitente, ni firma, aparte del logo de la escuela, dice que "aunque los administradores de la escuela estaban literalmente a diez pies de distancia, no hiciste ningún esfuerzo por aclarar ningún aspecto de las actividades y acciones de los líderes de la escuela, ni tampoco hasta la fecha".

*Como muchos de los padres de estudiantes que estaban presentes, preguntaron* a las secretarias de la escuela al firmar para sacar a sus estudiantes de la escuela sobre lo que estaba pasando y la razón del porque las clases de los estudiantes fueron suspendidas. Las secretarias les contestaron que les preguntaran a sus estudiantes.

Nadie de la administración de la escuela salió a dar una declaración oficial. Por lo que, los padres de familia le pidieron una explicación a los oficiales de policia que estaban afuera de la escuela, los cuales tampoco dieron la explicación concreta aunque los padres de familia exigieron una respuesta del director por lo menos a traves de los policias.

• Otro punto habla sobre que no se obtuvo permiso de los padres para tomar las declaraciones de los estudiantes.

*Los testimonios de estudiantes y padres fueron recopilados* con la autorización de ambas partes, es decir, los padres de los estudiantes que dieron su testimonio de los hechos dieron su autorización antes de proceder con las entrevistas.

Como previamente mencionado, la narrativa de lo que se reportó en el artículo sobre los hechos, son colecciones de testimonios de estudiantes y padres allí presentes el día de los sucesos.

El pasado jueves, se intercambiaron unos correos electrónicos entre Mary Flores y Nyssa Strom, cordinadora de información estudiantil de la escuela VPA, después de que Mary Flores le mandara un correo electrónico directamente al director Ron Jajdelski sin contestación de parte de él, en donde Strom le asegura a Mary Flores que la carta fue enviada por correo certificado el dia 30 de septiembre.

Sin embargo, la carta fue recibida el dia 9 de octubre a traves del estudiante, e incluso la carta viene con la fecha del 6 de octubre.

El objetivo del involucramiento como padres y medio de comunicacion es de traer un cambio positivo y justo a los actuales estudiantes y a los que estan por venir y asistir a una escuela donde en su mismo estado de misión de la escuela dice: "inspiramos una visión de la educación que capacita a los estudiantes para ser líderes de nuestro futuro".

Si hay más padres de familia que han tenido problemas con esta escuela y quiere compartir su experiencia puede llamar a Joel y Mary Flores al tel. 303-287-4105.



Exhibit 7