# COMMUNITY LEADERSHIP ACADEMY

*A Colorado State PK-5 Charter School*

# VICTORY PREPARATORY ACADEMY

*A Colorado State Middle/High Charter School*

October 6, 2017

Mary and Joel Flores:

On September 28, 2017, school surveillance recorded that in the process of our students being released home to their families, you chose to detain, film, and photograph Victory Preparatory Academy students without school and parent permission. This activity is not only illegal, it is a violation of school policy and your family's agreement regarding conduct on school grounds. Your actions created an unsafe situation and required police intervention. You also intentionally chose to create a false narrative with students, the public, and the media regarding VPA student activities and school administration decisions. Although school administrators were literally ten feet away, you made no effort to clarify any aspect of the activities and actions of the school leaders, nor have you to date.

Your actions on September 28th and the perpetuation of information which is false and manipulative regarding Victory Preparatory Academy is being reviewed by corporate legal counsel, law enforcement, and CLA/VPA Board of Directors.

Until the review can be completed and processed, you are NOT permitted on CLA/VPA school properties at any time. Your only organizational contact during this period will be Nyssa Strom, 303-288-6111 ext. 6820.

This notice is also a reminder that CLA/VPA campuses are private property with all legal rights and authority therein. Failure to comply with this directive will result in law enforcement intervention.

Community Leadership Academy, Incorporated.

Cc: Terry Croy Lewis, Colorado Charter School Institute
Eric Hall, Lewis Roca Rothgerber Christie LLP
Commerce City Police Department



Scanned by CamScanner