# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **13092817-0041843**
Case Numbers:
Incident Date: **9/28/2017 15:53:19**
Report Generated: **11/9/2018 10:36:45**

**Incident Information**

| | | | |
|---|---|---|---|
| **Incident Type:** | TRAFFIC COMPLAINT | **Alarm Level:** | |
| **Priority:** | Priority 3 | **Problem:** | TRAFFIC COMP PARKING VIOLATION |
| **Determinant:** | | **Agency:** | ADCOM LAW |
| **Base Response#:** | 09282017-0007607 | **Jurisdiction:** | Commerce City Police |
| **Confirmation#:** | 09282017-0175032 | **Division:** | CCPD District 63 |
| **Taken By:** | COLEMAN, SUE | **Battalion:** | CCPD District 3 |
| **Response Area:** | C62-1 | **Response Plan:** | |
| **Disposition:** | NEGCT - NEGATIVE CONTACT | **Command Ch:** | |
| **Cancel Reason:** | | **Primary TAC:** | |
| **Incident Status:** | Closed | **Secondary TAC:** | |
| **Certification:** | | **Delay Reason (if any):** | |
| **Longitude:** | 104922153 | **Latitude:** | 39820941 |

**Incident Location**

| | | | |
|---|---|---|---|
| **Location Name:** | COMMUNITY LEADERSHIP ACADEMY | **County:** | ADAMS |
| **Address:** | 6880 Holly St | **Location Type:** | School |
| **Apartment:** | | **Cross Street:** | E 68TH AVE/HOLLY CT |
| **Building:** | | **Map Reference:** | |
| **City, State, Zip:** | COMMERCE CITY CO 80022 | | |

**Call Receipt**

| | | | |
|---|---|---|---|
| **Caller Name:** | ASHLEY KUICK | | |
| **Method Received:** | | **Call Back Phone:** | 303 242 0930 |
| **Caller Type:** | | **Caller Location:** | |

**Time Stamps**

| Description | Date | Time | User |
|---|---|---|---|
| Phone Pickup | 9/28/2017 | 15:53:16 | |
| 1st Key Stroke | 9/28/2017 | 15:53:19 | |
| In Waiting Queue | 9/28/2017 | 15:55:27 | |
| Call Taking Complete | 9/28/2017 | 16:02:42 | COLEMAN, SUE |
| 1st Unit Assigned | 9/28/2017 | 19:05:09 | |
| 1st Unit Enroute | | | |
| 1st Unit Arrived | | | |
| Closed | 9/28/2017 | 19:07:59 | AGEE-ODOMS, MIKELLE |

**Elapsed Times**

| Description | Time |
|---|---|
| Received to In Queue | 00:02:08 |
| Call Taking | 00:09:23 |
| In Queue to 1st Assign | 03:09:42 |
| Call Received to 1st Assign | 03:11:53 |
| Assigned to 1st Enroute | |
| Enroute to 1st Arrived | |
| Incident Duration | 03:14:43 |

**Resources Assigned**

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3C641 | Y | 19:05:09 | NEGCT - NEGATIVE CONTACT | | | | | | 19:07:59 | | | |

**Personnel Assigned**

| Unit | Name |
|---|---|
| 3C641 | KREBS, JOLENE (1304865) |

**Pre-Scheduled Information**
**No Pre-Scheduled Information**

**Transports**
**No Transports Information**

**Transport Legs**
**No Transports Information**

**Comments**

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 9/28/2017 | 15:53:53 | AD8518 | Response | | [1] ON GOING PROBLEM WITH VEH'S PARKING ALL OVER TO PICK UP THEIR CHILDREN |
| 9/28/2017 | 15:54:26 | AD8518 | Response | | [2] FEMALE IN A BLK IMPALA STOPPED IN THE STREET AT 68TH AV HOLLY |
| 9/28/2017 | 15:55:17 | AD8518 | Response | | [3] CALL THE R/P |
| 9/28/2017 | 16:16:58 | AD0603 | Response | | [4] 1C600 ADV PEND |
| 9/28/2017 | 19:07:59 | AD1411 | Response | | [5] 3C641 msg left |

**Address Changes**
**No Address Changes**

**Priority Changes**
**No Priority Changes**

**Alarm Level Changes**
**No Alarm Level Changes**

**Activity Log**

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 9/28/2017 | 15:53:25 | | Sector Change | | From Sector No Sector to Sector AA | AD8518 |
| 9/28/2017 | 15:55:26 | | Incident Priority Change | | Incident priority changed from <none> to Priority 3 | AD8518 |
| 9/28/2017 | 16:02:42 | | UserAction | | User clicked Exit/Save | AD8518 |
| 9/28/2017 | 16:04:09 | | Read Incident | | Incident 344 was Marked as Read. | AD0603 |
| 9/28/2017 | 16:04:17 | | UserAction | | User clicked Exit/Save | AD0603 |
| 9/28/2017 | 16:05:18 | | UserAction | | User clicked Exit/Save | AD0603 |
| 9/28/2017 | 16:05:25 | | UserAction | | User clicked Exit/Save | AD0603 |
| 9/28/2017 | 16:05:27 | | Pending Incident Time Warning | | Pending Incident Time Warning timer expired | |
| 9/28/2017 | 16:05:27 | | Incident Late | | | |
| 9/28/2017 | 16:16:59 | | UserAction | | User clicked Exit/Save | AD0603 |
| 9/28/2017 | 16:49:01 | | UserAction | | User clicked Exit/Save | AD1606 |
| 9/28/2017 | 18:48:37 | | UserAction | | User clicked Exit/Save | AD1706 |
| 9/28/2017 | 18:49:46 | | UserAction | | User clicked Exit/Save | AD1411 |
| 9/28/2017 | 19:05:09 | 3C641 | Dispatched | 6880 Holly St [COMMUNITY LEADERSHIP ACADEMY] | Response Number (09282017-0007607) | AD1411 |
| 9/28/2017 | 19:05:10 | | Incident Timer Clear | | Incident Timer Cleared | |
| 9/28/2017 | 19:05:18 | | UserAction | | User clicked Exit/Save | AD1411 |
| 9/28/2017 | 19:07:59 | 3C641 | Available | 6880 Holly St [COMMUNITY LEADERSHIP ACADEMY] | msg left | AD1411 |
| 9/28/2017 | 19:07:59 | 3C641 | Disposition | COMMUNITY LEADERSHIP ACADEMY | NEGCT - NEGATIVE CONTACT | AD1411 |
| 9/28/2017 | 19:07:59 | 3C641 | Response Closed | COMMUNITY LEADERSHIP ACADEMY | Response Disposition: NEGCT - NEGATIVE CONTACT | AD1411 |

**Edit Log**

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 9/28/2017 | 15:53:25 | Address | (Blank) | /CLA | Premise Used. | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:53:25 | Jurisdiction | | Commerce City Police | (Response Viewer) | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:53:25 | Division | | CCPD District 63 | (Response Viewer) | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:53:25 | Battalion | | CCPD District 3 | (Response Viewer) | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:53:25 | Response_Area | | C62-1 | (Response Viewer) | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:53:25 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:53:25 | Address | /CLA | 6880 HOLLY ST | Premise Verified | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:53:25 | City | | COMMERCE CITY | Updated City | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:53:25 | Latitude | 0 | 39820941 | Premise Verified | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:53:25 | Longitude | 0 | 104922153 | Premise Verified | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:54:50 | Caller_Name | | ASHLEY KUICK | (Response Viewer) | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:55:01 | Call_Back_Phone | | 303 242 0930 | (Response Viewer) | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:55:26 | Problem | | TRAFFIC COMP PARKING VIOLATION | (Response Viewer) | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:55:26 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:55:26 | Priority_Description | | Priority 3 | | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:55:26 | Priority_Number | 0 | 3 | | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 15:55:26 | Incident_Type | | TRAFFIC COMPLAINT | (Response Viewer) | Response_Master_Incident | DP9 | AD8518 |
| 9/28/2017 | 16:04:09 | Read Call | False | True | (Response Viewer) | Response_Master_Incident | DP3 | AD0603 |

**Custom Time Stamps**
**No Custom Time Stamps**

**Custom Data Fields**
**No Custom Data Fields**

**Attachments**
**No Attachment**