Colorado

# 2017 – 2018

# HIGH SCHOOL

# PARENT/STUDENT HANDBOOK

(303) 288-6111

Exhibit 10

# RESPECTFUL BEHAVIOR

VPA is a community characterized by the spirit and practice of Excellence, Character, Nobility, Vision and Valor. Every member of the community has the right to expect a professional, safe, respectful, clean, and welcoming environment. Everyone must cooperate to fulfill this expectation.

Inappropriate behaviors are NOT tolerated.

If a student compromises his/her own or another's safety or acts in a way that is damaging to the general good of all, they will be held accountable for their actions.

**IF PARENTS OR COMMUNITY MEMBERS THREATEN THE SCHOOL AND OR STAFF (I.E. USE PROFANITY, SHOUT, USE PHYSICAL OR VERBAL INTIMIDATION, REFUSE TO LEAVE SCHOOL GROUNDS, MAKE DEMANDS, ETC.) THE SCHOOL IS NOT OBLIGATED TO MEET OR FURTHER COMMUNICATE IN ANY WAY. THIS BEHAVIOR IS CONTRARY TO THE SCHOOL'S POLICIES AND ENROLLMENT AGREEMENT. THE ENROLLMENT OF THE STUDENT(S) IN RELATION TO THE PARENT/COMMUNITY MEMBER DEMONSTRATING UNACCEPTABLE BEHAVIOR WILL BE JEOPARDIZED.**

Students, parents, community members and visitors should be respectful at all times of the property and privacy of VPA's neighborhood residents. Smoking, littering, graffiti, and noise pollution are prohibited in the neighborhood.

Persons meeting students after school or attending school events or activities should be advised by students/parents that any disrespectful behaviors are prohibited.

# VISION & MISSION STATEMENTS

The vision for Victory Preparatory Academy is to create a charter school that helps expand the number of educational choices for Commerce City students and their families, has a school culture that stresses the pursuit of excellence, uses proven teaching methods, invites parental involvement, and emphasizes community collaboration.

Victory Preparatory Academy's mission is to provide a college preparatory education to Commerce City's economically and ethnically diverse students through a rigorous and creative educational atmosphere which promotes a life-long love of learning, academic excellence, character development, civic leadership, community involvement, and appreciation of arts and cultural diversity. The education program is provided in a clean, healthy, and vibrant educational environment where all students are expected to achieve their full potential.

# DAILY SCHOOL SCHEDULE

**All visitors in the building must sign in at the office and obtain a visitor/volunteer badge.**

School hours are 8:30 a.m. to 3:20 p.m. each day. Students should arrive no earlier than 8:00 a.m. and no later than 8:25 a.m. Supervision will not be provided for students who arrive before 8:00 a.m. or remain later than 3:35 p.m.

The school office is open from 8:00 a.m. to 4:00 p.m. Monday through Friday, unless it is a school holiday, break or in-service. Breakfast will begin each morning at 8:00 a.m. in the cafeteria.

Class begins promptly at 8:30 a.m. To foster good order and attention, all students must be seated, observe quietly during announcements, stand and respectfully salute the American flag, actively participate in the daily lessons and in the planning and implementation of activities.

# BREAKFAST & LUNCH PROGRAM

VPA provides a school breakfast and lunch program, including access to free and reduced price meals for all students.

| | | |
|---|---|---|
| Breakfast | **Free** for students | Adult $2.25 |
| Lunch | **Free** for students | Adult $3.50 |

VPA prohibits any outside food or drink to be brought or delivered to the school. Healthy sack lunches are allowed, but items may not be shared or distributed to other students. (Of course, parents/guardians may take their student out to lunch or enjoy lunch with their child off campus.)

# JUNIOR/SENIOR OFF-CAMPUS LUNCH

VPA's off campus policy is as follows:

• Off campus lunch is a privilege that applies to 11th and 12th grade students only.

• Off campus lunch privileges are just that, a privilege, not a right.
Administration can revoke the off campus lunch privilege of any student that does not maintain good standing in the following areas:

1. **Academic** – A student will be considered academically eligible by maintaining a GPA of 3.0. A student's academic record from the previous year may be used by Administration in considering the student's eligibility for off-campus lunch privileges.

2. **Attendance**– A student must be in good standing with their attendance. If a student has absences or tardies in the class period following lunch, he/she will lose their off campus lunch privileges for the remainder of the school year. If a student is on a CAP plan, he/she will not be eligible for off-campus lunch privileges.

3. **Behavior**– A student must be in good standing with their behavior and discipline. Any student who has received a Discipline Referral (level I or level 2) may not be allowed off-campus lunch privileges at the discretion of Administration. Additionally, students will be held accountable for their



Exhibit 10

behavior while off campus during lunch as if they were on campus. Examples include but are not limited to: unsafe driving at any time in the parking lot, school zone, or to and from lunch, smoking, PDA, foul language, fighting and being tardy from lunch.

- The campus will be closed during lunch by Administration during dangerous weather: snow, thunderstorms, tornado warnings, etc.
- The campus can be closed by Administration for safety and security reasons as necessary.
- The student's parent/guardian has the right to call and remove their child's off campus lunch privilege if they deem necessary. When a parent/guardian requests removal of their child's privilege it will be for the remainder of the year and not reinstated.
- If students meet the above criteria, permission slips will be available in front office. To prevent forgery, the school's permission slip must be signed by the student's parent/guardian in person or in front of a notary public. All students must have parent/guardian permission for off-campus lunch regardless of the student's age or status.
- Administration's decision regarding a student's off campus lunch privileges are final and non-negotiable.

VPA prohibits any outside food or drink to be brought on campus.

Students patronizing the Valero/Subway may not cross through the parking lot and must use the sidewalks on 57th and on Quebec Street.

Students leaving for off-campus lunch must sign-out when leaving and sign-in upon return at the main office.

Any student violating any of these regulations will lose the privilege of off-campus lunch.

# COMMONS: LUNCH EXPECTATIONS

1. Students will come to the cafeteria, escorted in a line by their teacher, to pick up their hot lunch.
2. All students remain seated in the lunch area for at least 15 minutes.
3. In order to be dismissed from the lunch area, students must raise their hand. A supervisor will dismiss the student when any surrounding debris has been picked up from the floor and tabletop.
4. All food must be eaten in the lunch area. Students may not share their food or take food out of the lunch area.
5. Students are to walk directly to the courtyard after dismissal from the lunch area.
6. While in the lunch area, students will use quiet voices. Wandering around the lunch area is not allowed.
7. Outside food is not allowed. Sack lunch from home must be healthy and may not be shared with other students.

The following behaviors are prohibited in the lunch area: loud talking, yelling or whistling, throwing objects, walking about, changing seats, sharing food, leaving without permission, popping bags, or inappropriate handling of food.



Exhibit 10

# LEAVING SCHOOL EARLY

A parent, guardian OR EMERGENCY CONTACT MUST visit the office and sign out the student(s) before leaving the school campus. No exceptions. Early release between **2:50-3:20 p.m.** is not allowed for safety reasons.

## SCHOOL MASCOT/COLORS & CHARACTER TRAITS

**CHARACTER**: moral and ethical qualities: Leadership. Respect. Integrity, Self-discipline. Compassion

**EXCELLENCE**: a talent or quality which is unusually good and surpasses ordinary standards

**NOBILITY**: high moral and mental character; honorable. worthy, principled. admirable

**VISION:** a vivid. imaginative conception or anticipation

**VALOR**: determination in facing a risky. difficult or dangerous situation

# VPA CAMPUS LIFE POLICIES

Once students and families have agreed to participate in the academic opportunities at Victory Preparatory Academy, as partners we welcome them into the school community and strive to provide them with a solid, values-based, academic education. Students and parents/guardians must always be mindful that continued enrollment in this school includes compliance with agreed upon expectations for behavior, participation, and outcomes and responsibilities regarding conduct, both inside and outside the classroom and school. VPA students are expected to conduct themselves in such a manner as to be a credit to themselves and to their school.

VPA fosters a culture of respect and expects behavior from all stakeholders that honors both one's own and the other's dignity. Students, parents, the faculty and staff form a community that promotes education in an atmosphere of mutual respect, the bases of civility and order. The following policies and rationale have been established to ensure the smooth functioning of the school. It is vital to the whole that each member of the community be responsible for school policies and their accompanying rules and regulations, all enforced in the interest of an orderly and productive environment.

The basic premise of our behavior code is this:
Students who study at VPA have the right to expect that they can come to this school and be educated in an atmosphere that is professional, safe, non-violent, respectful and conducive to academic growth.

When student behaviors do not reflect the values and expectations, we honor our commitment to the home/school partnership by contacting parents or guardians to voice concerns and where appropriate pursue resolution strategies. Parents and students are asked to read the material contained herein, and



Exhibit 10

olorado

sign their agreement. These sign-off sheets, which are distributed to students on the first day of the new school year, must be returned to be kept on file. Refusal by parent or student to agree to the rules detailed in this Handbook may result in the student's enrollment being nullified.

# COMMUNITY AND COMMUNICATION

Communication skills are essential tools in building relationships. They require mutual respect and collaboration which, in turn, create a healthy school culture. Communication at VPA aims to support every student in achieving appropriate goals, helping students act responsibly towards others, and promoting genuine understanding and support within the community. Open lines of communication are vital to success in interpersonal relationships and student/teacher interaction about course work. Honest dialogue promotes mutual respect and understanding.

*RESPECT FOR EVERY PERSON IS AN ABSOLUTE EXPECTATION OF THE SCHOOL COMMUNITY.*

**Leadership:** All students are encouraged to practice leadership according to their gifts and interests. Along with promoting school-as-community-of-learners, the mission of the school includes the fostering of confidence and leadership. Within the community environment, confidence can grow in the conscientious pursuit of studies, in the development of social skills, and in the commitment of personal gifts to the common good. Leadership is demonstrated in academic and non-academic ways by individuals taking responsibility for the achievement of personal and group goals, by willingness to make a commitment of time and energy to worthwhile endeavors, and by employing a value system that reflects personal beliefs and common principles.

Behaviors should demonstrate attitudes of leadership in:

- all interpersonal relations, whether in the formal setting of the classroom, at assemblies, or in informal situations;
- personal behavior: What seems like good-natured "playing around" to the one person may feel like mean-spirited teasing or even harassment to the recipient. This sort of interaction is contrary to the mission and vision of this school and is neither compassionate nor respectful;
- acceptance of the appropriate authority of administrators, teachers, staff, and those delegated to represent them. The manner in which persons are addressed or even challenged should reflect regard for the dignity of the other, regardless of the issue at hand. Courtesy provides the context for effective discussion. Differences should be negotiated calmly, with issues the focus rather than personal opposition. When a student feels challenged by a person or circumstance, the concerns should be addressed in a respectful manner, looking towards the fair resolution of the situation.



Exhibit 10

- verbal and non-verbal language. Vulgarities, obscenities, cursing, other forms of "street language," or negative tones are both offensive and contrary to our educational environment. Informal language that does not represent good grammar should be avoided. As an academic community, VPA has as a goal the development of the formal language expected of educated persons in all forms of communication.
- the treatment of the physical environment. Respect for the environment is a vital part of our campus philosophy. This requires that each member of the community take responsibility for maintaining the cleanliness and good order of the personal and public areas of school property, with the intention of creating a healthy and welcoming environment for everyone.

Behave in a way that models our character traits in respect to issues and situations involving yourself, others, the learning environment, your property and the property you share with others.

# STUDENT CONFLICTS, TENSIONS, OR DISAGREEMENTS

Conflicts, tensions or disagreements among students should be reported IMMEDIATELY to a teacher or Administration. It is the responsibility of each member of the community to preserve the atmosphere of good order and mutual respect. Learning and practicing conflict resolution techniques, including peer mediation, are ways to fulfill this responsibility.

Fighting is not tolerated at any time nor in any place associated with the school, whether during the class day, after-school events, field trips or any other activities on or off school premises. While conflicts can and do arise when people are working closely together and in competitive situations, they must be handled with decorum and appropriate non-violent response. Non-violent action in word and action is the only acceptable response to conflict. Conflicts need to be talked out, NOT fought out. VPA students must demonstrate attitudes and behaviors that model reconciliation. As previously stated, any student confronting another student must do so nonviolently and in a "one-on-one" non-public interaction in the presence of an adult staff member. School faculty is available to assist in resolving conflicts peacefully. If they cannot be immediately located, the student seeking help should go to the main office and remain there until contact has been made with appropriate personnel. In support of each student's individual responsibilities to the school community, any student who sees another in the heat of conflict should suggest to the involved party that a conflict resolution appointment be scheduled or report the conflict themselves, rather than getting involved or "adding fuel to the fire".

**ORDINARILY, STUDENTS ENGAGED IN A CONFRONTATION RESULTING IN PHYSICAL CONTACT OF ANY KIND INCUR SUSPENSION FROM SCHOOL AND MAY INCLUDE INVOLVEMENT OF THE COMMERCE CITY POLICE DEPARTMENT. "STREET BEHAVIOR" IS NOT ACCEPTABLE IN**



Exhibit 10

**SCHOOL NOR IS SUCH BEHAVIOR CONSIDERED NECESSARY TO ENSURE ONE'S PERSONAL SAFETY. THINK BEFORE YOU ACT OR REACT!**

# VISITORS TO THE SCHOOL

*Visitors include all individuals who are not employed at the school.*

**Victory Preparatory Academy is a closed campus. Visitors must check in at the school office before continuing on campus. Visitors will be given visitor badges. Students are not allowed to bring friends to school for the day. These types of school visits can be disruptive to the educational process.**

Trespassing on school grounds is prohibited. Anyone on the grounds or in the buildings who is not wearing a visitor pass should be reported to the main office. For security reasons, no visitor may be admitted to the building by a student under any circumstances. Requests for admittance should be made to Main Office personnel.

Visitors are welcome to Victory Preparatory Academy. It is the school's responsibility, however, to ensure that the security and welfare of students is not compromised at any time. The school is equally responsible to the whole school community for ensuring that visitors comply with established policies and procedures.

It is our objective to establish a clear protocol and procedure for the admittance of visitors to the school that is understood by all staff, administrators, visitors, and parents, and conforms to child protection guidelines.

Visitors who wish to observe instruction, attend a conference, or meet with a teacher, must pre-schedule the visit through Administration. Visitors are not permitted to make impromptu visits. Authority for the decision of when a visit will occur and the frequency of visits rests with Administration who must determine whether the visit(s) cause unwarranted disruption to the instructional program.

a) All visitors must identify the purpose of their visit;
b) All visitors are required to have a picture ID such as a driver's license or state-issued ID;
c) All visitors are required to sign the Visitors Log and wear a visitor badge while in the school;
d) All visitors are limited to the preapproved purpose for their visit and should not visit classrooms, engage students in conversation, or tour the building;
e) All visitors must use the designated "adult" toilet facilities;
f) At the conclusion, visitors must return to the office, sign out, and return their visitor badge.

- School personnel will show visitors where electronic devices and other valuables can be safely stored;
- Visitors will be escorted by school personnel while they are on site. At no point may a visitor be left alone with students;

- Visitors shall refrain from conversing with students, teachers, and/or instructional aides;
- Visitors shall refrain from interfering with any school activity during the visit.

***Any individual who causes a disruption on the campus or who fails to follow administrator directions or school rules and/or procedures is subject to removal from the school site and may be further restricted from visiting the school and the enrollment of the student(s) related to the visitor may be jeopardized, if applicable.***

# VOLUNTEERS

Volunteers must fill out a volunteer information form in the school office prior to being able to volunteer for the school. Volunteers are subject to a background check. Information provided by the Colorado Bureau of Investigations is reviewed as reported for approval or denial of the ability volunteer at the school. Approval or denial is at the sole discretion of Administration.

Volunteers must stop in the school office before proceeding to their volunteer assignment. Volunteers will be given a volunteer badge.

# COVERT/SECRET RECORDING

Covert/secret recording of any in-person or telephone conversation or meeting occurring at the school, including any classroom or other educational setting, or conversations or meetings offsite that deal with the school or educational matters is prohibited. It is also a violation of this policy to download recorded conversations to a computer, upload them to the internet, or otherwise share, transmit or publish such recordings without the prior written consent of all participants. Violation of Colorado Law may lead to criminal sanctions and/or exposure to civil liability. Within the school, violation of this policy by a student may lead to disciplinary action and/or legal action. Violation of the policy by a parent/guardian or visitor may result in legal action.

Surveillance cameras/equipment and software may be placed on campus by authorized campus personnel to prevent or deter crimes and protect public safety and to facilitate official school investigations into criminal activities or violations of campus policy. Local law enforcement has authority to record for official police business.

# ATTENDANCE AND CLOSED CAMPUS POLICY

VPA strongly discourages students' patronage of the Valero/Subway before or after school without parent/guardian supervision. Students may not cross through the VPA south parking lot/entrance at any time and must use the sidewalks on 57th and on Quebec Street.

No student may leave the campus between classes, nor may they leave the school premises once they have arrived. Students who ride the school bus are required

to immediately enter the school building upon arrival and must immediately board the school bus upon dismissal.

Students who fail to report to a scheduled class, silent reading, guidance period, lunch. mandatory tutoring, school activity or assembly are considered to be "truant". Parents/guardians are notified ASAP, and the students shall receive a Level Two discipline referral.

# ATTENDANCE AND PUNCTUALITY

As an academic community, VPA values consistent attendance and punctuality, believing these are crucial to academic success and to the formation of life-long habits. To demonstrate this relationship, perfect attendance awards are presented quarterly in middle school and at semester for the high school. Any absence from school, regardless of its being "excused," must still be recorded as an absence for state records and may affect a student's grade in a course.

*Attendance Policies* - Please call the main office to report absences at **303-288-6111**. ***Attendance is taken in every class.***
If a VPA student is absent from school, it is his/her responsibility to get make-up work for the classes missed. Students have two davs to make up any missed work for each dav of an excused absence. School attendance is a critical part of a student's school record. Good attendance helps ensure better work habits and is a critical component for student academic achievement. Excessive tardies and or absences greatly diminish the opportunity for the school to provide a quality education to a student.

Regular attendance is expected from ALL students enrolled at Victory Preparatory Academy. Colorado's compulsory school attendance law C.R.S. 22-33-104 states: a student's parent or guardian has a legal duty to make sure his/her student attends school. School administrators are required to report the student to the proper county/state authorities as being truant from school whenever they believe such absences from school are willful on the part of the student and his/her parents or guardians.

## ABSENCES:

Victory Preparatory Academy allows each student eight absent days per semester, excused or unexcused.

Eight absences within a semester will initiate an emergency attendance meeting with School Administration. Following the meeting, the student and family will agree to a Critical Attendance Plan (CAP). CAP will allow only two more absences. Should there be two more absences (not approved by Administration) within the semester, the parent will, according to the signed agreement with VPA at the time of enrollment, voluntarily withdraw their student or students.

***Absences are excused only if the parent has called to report the absence AND it is due to circumstances approved by administration. All absences must be called in within 24 hours of the student's absence. The student, sibling, or***

***someone else may not call to excuse an absence; the parent or guardian must make the phone call.***

**VPA Administration may excuse absences due to significant health or other circumstances outside a family's control.**

The following is a comprehensive list of generally excused absences. Such excuses may be accepted by administration ***with documentation***:

- Temporarily ill or injured;
- Prearranged absences may be approved for appointments or circumstances of a serious nature only if they cannot be taken care of outside of school hours;
- Absent for an extended period due to physical, mental, or emotional disability;
- Attending any school-sponsored activity or activities of an educational nature with advance approval by School Administration;
- Observance of religious holidays;
- Bereavement (up to 2 days).

Colorado's compulsory school attendance law C.R.S. 22-33-104, requires a student be automatically withdrawn if he/she has unexcused absences for ten (10) consecutive school days.

### Tardies:

Victory Prep Academy allows each student eight tardies per semester, excused or unexcused.

Eight tardies within a semester will initiate an emergency attendance meeting with School Administration. Following the meeting, the student and family will agree to a Critical Attendance Plan (CAP). CAP will allow only two more tardies. Should there be two more tardies (not approved by Administration) within the semester, the parent will, according to the signed agreement with VPA at the time of enrollment, voluntarily withdraw their student or students.

Parents/guardians are responsible for ensuring that students arrive at school on time. Late arrivals are disruptive to other students and instruction and should be avoided.

- A student is tardy if they arrive within the first 10 minutes after each class period has begun; this includes start time for our assembly.
- After 10 minutes late, a student will receive an unexcused absence.

# INTERNET ACCEPTABLE USE

Students are prohibited from accessing the Internet without a signed permission form; parents and students are required to sign the form and accept the responsibilities and consequences contained therein. VPA intends that students will use the Internet only for appropriate, school-related applications and reserves the right to prohibit students from its use should non-school or unacceptable uses be detected.

# STUDENT MESSAGES/TELEPHONE USE

Delivering messages to the classroom is disruptive to the entire class. Permission to use the telephone will be granted when necessary. In cases of emergency, the school will get a message to your student as long as it is received no later than 12 noon. Forgotten articles and making arrangements for after school social affairs are not considered "emergency" reasons for student phone use nor the delivery of messages to students. (Please give your student his/her after school instructions before leaving home in the morning.)

# JUNIOR/SENIOR DRIVING PRIVILEGES

VPA's driving policy is as follows:

• Student driving is a privilege that applies to 11th and 12th grade students only.

• Student driving privileges are just that, a privilege, not a right. Administration can revoke the driving privilege of any student that does not maintain good standing in the following areas:

**Tardiness, absences and/or disciplinary referrals may result in suspension or revocation of your driving privileges.**

## Registration of Vehicles

- Only students in 11th or 12th grade are eligible to drive and park near the school.
- Students are required to complete a registration form available in the main office.
- Only vehicles registered with the state and belonging to the student or a family member may be registered at the high school.
- Student must have a valid driver's license.
- Upon completion of the registration process a parking sticker will be issued.
- The sticker must be attached on the back of the rear view mirror of the registered vehicle as evidence the registration process has been completed.

## Operation of Vehicles

- All students are expected to be in school on time.
- The student driver may not transport students not related to the driver without written permission from the other student's parent/guardian. This written permission must be provided to the school.



Exhibit 10

Ca

- Vehicles must be operated in a manner that adheres to all the rules and regulations of proper and safe driving as defined by the Colorado traffic laws at all times.
- Vehicles parked near the school may not be moved during the school day without administrative permission.
- Students may not return to vehicles at any time during the school day without administrative permission.
- Using a vehicle as a place to eat, sleep, or hang out is prohibited.

# HIGH SCHOOL GPA RECOGNITION

High school students will be recognized throughout the year for earning a GPA of 3.0 or higher, as determined by Administration.

GRADUATE HONORS
Below is the policy at Victory Preparatory High School for receiving honors on Honor Roll and Graduation:

Grade Point Average (GPA)

| | | |
|---|---|---|
| SUMMA CUM LAUDE | 4.0 to 3.70 | meaning "with highest honor" |
| MAGNA CUM LAUDE | 3.69 to 3.50 | meaning "with great honor" |
| CUM LAUDE- | 3.49 to 3.40 | meaning "with honor" |

VPA has adopted this form of recognition and does not have valedictorian or salutatorian awards. We are proud to be able to provide a more broad recognition of student achievement and more closely align with college and university type acknowledgements.

# GRADES & TRANSCRIPTS

VPA offers high school students the opportunity for an official transcript that reflects an unweighted grade point average.

DEFINITON OF GRADES

| | |
|---|---|
| A = Excellent | I = Incomplete |
| B = Above Average | P = Passing |
| C = Average | |
| D = Below average, but passing | WP = Withdraw/Passing |
| F = Failure | WF = Withdraw/Failing |

| PERCENTAGE | GRADE | POINT VALUE |
|---|---|---|
| 100-98 | A+ | 4 |
| 97-94 | A | 4 |
| 93-90 | A- | 3.67 |
| 89-87 | B+ | 3.33 |
| 86-84 | B | 3 |
| 83-80 | B- | 2.67 |
| 79-77 | C+ | 2.33 |
| 76-74 | C | 2 |
| 73-70 | C- | 1.67 |
| 69-67 | D+ | 1.33 |
| 66-64 | D | 1 |
| 63-60 | D- | 0.67 |
| 59-0 | F | 0 |

- Middle school grades are earned each quarter for each subject. High school grades are cumulative for the course.



Exhibit 10

# GRADUATION REQUIREMENTS

Victory Preparatory Academy High School's (VPA) program of study prepares each student for success in college. The program is preparatory in the strict sense: every student who graduates shall have taken all the courses necessary for admission to college.

| Subject | Required Credits |
| --- | --- |
| **English** | |
| Literary Analysis & Composition | 1 |
| World Literature & Elements of English | 1 |
| American Literature & Composition | 1 |
| British Literature & Composition | 1 |
| **Social Studies** | |
| American Government & World Geography | 1 |
| World History & Geography | 1 |
| US History & Geography | 1 |
| Economics | 1 |
| **Math** | |
| Algebra 1 and above | 4 |
| May include: Geometry/Intro to Civil Engineering; Algebra II; Pre-Calculus; Calculus; Entrepreneurial Math | |
| **Science** | |
| Physical/Earth Science | 1 |
| Biology & Intro to Biotechnology | 1 |
| Intro to Chemistry & Chemical Engineering | 1 |
| Intro to Physics | 1 |
| **World Language** | |
| Spanish I, II or Spanish III, IV | 2 |
| **Fine Arts Survey or Creative Writing** | .5 |
| **Physical Education** | .5 |
| **Navigation/Capstone** | 1 |
| **Electives** | 1 |
| May include: Study Hall; Business Finance; Technology Applications I, II; Other courses available | |
| TOTAL | 21 |



Exhibit 10

One credit (1) is earned for passing a class that meets daily for the duration of the school year. One-half (.5) credit is earned for passing a class that meets daily for only one semester.

Each student must take a minimum of six (6) courses each year.

Note: Students transferring into Victory Preparatory Academy High School must attend three (3) full semesters in order to be eligible for a Victory Preparatory Academy diploma.

**Compliance with College and Career Readiness (HB 07-1118)**

Beginning with the 2017-2018 freshman class (scheduled to graduate in 2021), for a student to graduate from Victory Preparatory Academy (VPA), the following must be achieved:

A. Meet or exceed the state and school academic standards by completing the school's minimum course and credit requirements, **AND**

B. Completion of an Individual Career and Academic Plan (ICAP), **AND**
   a. Individual Career and Academic Plan (ICAP) - a multi-year process that intentionally guides students and families in the exploration of career, academic and postsecondary opportunities (see 1 CCR 301-81, 2.00(2)).

C. Demonstration of one of the following:
   a. SAT SCORE: 430 English *AND* 460 Math
   b. Capstone Project (individualized for English and Math)

**Special Education Requirements:** Completion of the requirements and goals as listed on a student's Individual Education Plan (IEP), may include a modified course of study. Special education students will be provided multiple pathways to demonstrate competency and earn a diploma through the use and attainment of one or more of the following:

a. As appropriate, use the same competency measures and demonstrations that provide meaningful and rigorous options for non-special education students.

b. Individualized, standards-based Transition Plans and Individualized Education Plans (IEPs) that move the students toward identified postsecondary goals and competencies.

c. Extended Evidenced Outcomes (EEOs), when appropriate. Apply, as appropriate, workforce readiness competencies and industry standards to provide opportunities and experiences for special education students that lead to successful post-school outcomes. Allow for flexibility with transfer of special education students to demonstrate competency toward diploma attainment.



Exhibit 10

**Other eligibility considerations to meet graduation requirements:**

1. Credit from other institutions and home based programs
   - All students entering from outside Victory Preparatory Academy must meet with the Student Information Coordinator to discuss the impact of the transfer on their transcript.
     - The Student Information Coordinator, in consultation with the CEO, shall determine whether credit toward graduation requirements shall be granted for courses taken outside of Victory Preparatory Academy.
     - Credits from outside institutions will be placed on the VPA transcript but will not be part of the cumulative Victory Preparatory Academy GPA.
   - Victory Preparatory Academy will expect students to complete the course of study offered upon enrollment, but understands that as we only offer one course of study that some students may be missing certain courses. The Student Information Coordinator will explain the expectations of selective colleges and universities: in general, students may be required to make up Victory Preparatory Academy credit from outside institutions. However, all credit from outside institutions or through online programs must have prior approval from the school administration. Exceptions to this policy must include permission from the Student Information Coordinator and the CEO.
   - Victory Preparatory Academy shall accept the transcripts from a home-based educational program. In order to determine whether the courses and grades earned are consistent with Victory Preparatory Academy requirements, VPA shall require submission of the student's work or other proof of academic performance for each course for which credit toward graduation is sought. In addition, transfers into Victory Preparatory Academy must take diagnostic testing to verify the accuracy of the student's transcripts.
2. Online/Correspondence Courses: Online and correspondence courses may be taken with the approval of the CEO and Student Information Coordinator for make-up credit and for credit towards graduation requirements.
3. Credit Recovery: Victory Preparatory Academy does not offer credit recovery. It may accept credit recovery and reflect it as such on a student's transcript. The CEO and Student Information Coordinator must approve all credit recovery courses.
4. Early Graduation: Victory Preparatory Academy does not offer early graduation due to the unique nature of its sequenced program.

**Disclosure Policy:**

Student discipline at Victory Preparatory Academy is predicated on the fact that learning takes place best in a safe and orderly environment. On those occasions when school expectations are violated, the school administration acts in a manner that balances the needs of the learning community with that of the individual. Nevertheless, certain choices that students make can have consequences that extend into their future. Specifically, colleges are becoming increasingly concerned about student behavior on their own campuses and now routinely ask both the student and the school about an applicant's high school discipline record.

Students who have had disciplinary referrals (i.e. plagiarism) are expected to respond honestly on any college application that asks questions such as "Are you currently or have you ever been charged with or subject to disciplinary action for scholastic or any other type of misconduct at any educational institution?" or "Have you ever been dismissed, placed on probation or suspended from an educational institution?" In those instances when the question is answered in the affirmative, Administration will assist the student in developing a personal statement that will help contextualize the situation. Students and families need to be aware that many college applications require an administrator to complete a form that asks those same questions to confirm a student's discipline record.

In regards to the college application process, Victory Preparatory Academy's policy is to report any significant change in a candidates' academic status or qualifications, including disciplinary record, between the time of recommendation and graduation. These include but are not limited to a significant drop in grades, referrals, suspension, and/or dismissal. Seniors who are guilty of violations during their senior year will be expected to notify their college(s) of the situation and a school representative will follow up with a letter. The student should work closely with the College Counselor to ensure that both accounts are communicated in a consistent and thoughtful manner.

While disciplinary matters are of a concern to colleges, our experience is that they understand that young people make mistakes. Admission committees are typically more concerned with the manner in which students respond to disciplinary sanctions than the actual event leading to the sanctions. A mature and thoughtful response to a discipline infraction can illustrate a student's growth and development as a young adult.

# PAPER-BASED TESTING POLICY

In accordance with HB 15-1523, Victory Preparatory Academy has adopted a policy on whether students will use a computer or paper/pencil format to complete all or any portion of a state assessment that requires a student to use a computer to take the assessment. The policy takes into consideration the instructional match between the assessment and classroom instruction, test design and whether an online or paper-based testing environment will be more

engaging to students, the technology capacity our buildings can sustain, and the logistical differences between giving an online test vs. managing test books.

The new computer-based assessments carry unnecessary additional pressure on VPA's staff and students. In addition to the financial pressure to acquire the technological resources needed to prepare and administer the tests, VPA has extensive concerns around the reliability and validity of these computerized state mandated assessments at this time.

VPA will continue to make every effort to secure the resources necessary to implement mandated computerized testing. However, if paper/pencil option is available, the schools will consider which format is best for students each assessment, by each grade level.

Factors VPA considered when deciding computer or paper/pencil format:

• The technological capacity and resources of the particular school/grade;
• Students' previous experience with computerized and written assessments;
• Whether the instructional methodology of the particular school/grade is consistent with the use of computerized assessments or written assessments; and
• The logistics of administering the state assessment in different formats at a particular school or schools.

## PARENT RIGHT OF REFUSAL (TESTING)

As stated in CRS 22-7-1013(8)(a), each local education provider shall adopt and implement a written policy and procedure by which a student's parent may excuse the student from participating in one or more of the state assessments administered pursuant to Section 22-7- 1006.3.

As stated in CRS 22-7-1013(8)(b), if a parent excuses his or her student from participating in a state assessment, a local education provider shall not impose negative consequences, including prohibiting school attendance, imposing an unexcused absence, or prohibiting participation in extracurricular activities, on the student or on the parent.

Legal Acknowledgments:

1. Colorado requires all students enrolled in a public school to participate in state academic assessments as specified in the state law. C.R.S. 22-7-409 (1.2) (d) (I)

2. Colorado requires the results of the Colorado student assessment program be included on each student's final report card for that school year and shall be part of the student's permanent academic record. C.R.S. 22-7-409 (1.9)

3. Colorado requires the results of the Colorado ACT (COACT) be included on each student's transcript. C.R.S. 22-7-409 (1.9)

For more information, visit the Colorado Department of Education Assessment page at:

http://www.cde.state.eo.us/assessment/generalinfo-colaw#Bullet2

Policy Statement:

Colorado provides parents the right to excuse their child from state mandated testing.

C.R.S. 22-7-409 (d) (I) (A), READ Act (HB 12-1238), School Readiness (SB 08-212) CAP4K, and HB 15-1323.

a) Parents/Guardians may choose to excuse their student(s) from participation in the state-mandated standardized tests by contacting school administration.

As a result of not participating, the student(s) will not be subject to any negative consequences including, but not limited to, prohibition of school attendance, imposition of an unexcused absence, or prohibition of participation in extracurricular activities.

b) Conventional on-site supervision cannot be guaranteed for students who do not take the state-mandated assessments. However, the school may use staff and volunteer resources to the best of its abilities to provide on-site supervision.

## ACADEMIC ISSUES AND SCHEDULING

Academic issues should be addressed first to with the responsible teacher. As necessary, further conversation may be scheduled with Administration.

## HOLIDAY OBSERVANCES

VPA acknowledges the importance of holidays with religious origins in our national, social and cultural life. Diversity is a hallmark and strength of our nation. Acknowledging religious holidays serves the academic goal of educating students about history and culture, as well as the traditions of particular religions within a pluralistic society. School concerts that present a variety of selections may include religious music. Any dramatic productions or school parties should emphasize the cultural and historical aspects of the holiday.

Rooms, bulletin boards, and worksheets may be decorated with a specific holiday emphasis at the discretion of the teacher.

If a parent or guardian has a concern with anything, he/she should first discuss the situation privately with his/her student's teacher. If a concern still exists, s/he should contact Administration.

While the school may educate students about holidays, there is not a celebration or exchange of cards, gifts, candy, invitations, or other similar items allowed at school.

Parents are requested to notify their student's teacher at the beginning of the year if they do not wish their child to participate in parties or a particular holiday, seasonal, or cultural observance.

## ENGLISH IMMERSION

VPA provides an English Immersion school design and classroom programming. As a result, the schools have received numerous awards for rapid English language acquisition and proficiency achieved through the emphasis of students practicing both academic and social English speaking in all school settings. English is expected in academic settings and any other languages spoken in non-academic settings must be respectful, non-offensive, not malicious or intended to be exclusionary.

# EXTRA HELP WITH CLASS WORK

Students are encouraged to seek extra help from their teachers either before or after school or at some mutually convenient time during the school day. In addition, all teachers have the right to require a student to report after school for extra help and/or mandatory tutoring. All students who fail to report after being given notice, may be referred to Administration.

# HOMEWORK

Homework is a natural extension of class work, is assigned regularly and is mandatory. This may be a pre-reading assignment necessary for effective in-class instruction; it should be viewed as an opportunity for reinforcement of instruction, including content and skill development, and for extended study of topics under discussion. Students are expected to complete assignments promptly and carefully and to plan appropriately for the completion of long-term projects or term papers. **Failure to complete homework assignments will result in a 10 percent grade reduction for each day the assignment is late and a Level One discipline referral which may result in detention and/or suspension. The school reserves the right to require the completion of the homework assignment after failure of initial completion.**

# MANDATORY TUTORING

To help provide access to academic success, VPA requires mandatory tutoring for all students who are earning failing grades in any class. Mandatory tutoring is assigned by teachers and attendance is required until the student is earning a passing grade.

The objective of mandatory tutoring is to provide individualized, structured instructional time to improve student academic performance and to develop responsible student skills that will contribute to academic achievement. Parental support is essential to student success as we work together toward this goal.

*Attendance at assigned mandatory tutoring is not optional. Students who do not attend mandatory tutoring, as assigned, are considered in violation of the enrollment agreement signed during registration.*

Please use PowerSchool's Parent Portal to access current grades via internet or contact teachers if you have any questions or concerns regarding mandatory tutoring.

# ACADEMIC WATCH

Students may be placed on Academic Watch due to documented and prolonged academic performance concerns. If the conditions for student participation on Academic Watch are not met, the administrative team will determine eligibility for continued enrollment at VPA. Failure to meet conditions of Academic Watch jeopardizes the potential enrollment status of the student.

Academic Watch ends upon the fulfillment of the academic and/or behavioral conditions imposed.

Juniors/Seniors on Academic Watch may be denied Junior/Senior privileges.

# ACADEMIC REMEDIATION

Progress is monitored by on-going communication among the student's teachers, administration, and parents/guardians. Students are encouraged to self-advocate through participation in after-school assistance from their teachers and peer tutoring.

# EXTRACURRICULAR ACTIVITIES AND PROCEDURES

Participation in activities aimed at developing particular skills and promoting socialization is important to the total education of students and integral to their success in school.

Some activities are direct extensions of the academic program, some offer opportunities to pursue special interests, all are intended to develop interpersonal skills, teamwork, responsible membership, and effective leadership.

Standards and Academic Requirements for Co-Curricular Participation: Membership in clubs and athletic programs requires that the philosophy of the school and all standards set by administrators, moderators, and coaches be maintained; otherwise, membership can be revoked or suspended. Participation requires that students maintain GPA requirements, have strong attendance records, and be in good standing regarding referrals. Students with D's and/or F's must appropriately pursue remedies for failing grades to remain eligible for extracurricular activities.

# ADMIN DETENTION

VPA's Admin Detention Program is designed to keep students in their educational environment as much as possible, by providing teachers and administrators the option of issuing detention instead of issuing "In-School Suspension" or "Out-of-School Suspension" for certain discipline issues.

Admin Detention may be assigned to a student for Discipline Referrals, including failure to turn in an assignment/homework.

It is the parent/guardian's responsibility to arrange for student transportation.

No one will be excused from their assigned Admin Detention. Students will not be excused from detention to participate in or attend an athletic or extracurricular event. Students are responsible for attending their scheduled detention on time at the scheduled location. It is the student's responsibility to see an administrator to inquire about a detention change if there is an emergency or a legitimate reason that warrants a detention change.

- *Attendance at Admin Detention is not optional. Students who do not attend Admin Detention, as assigned, are considered in violation of the enrollment agreement.*

Detention Expectations:

1. Be on time. Students are not permitted to complete detention if they are late and will receive a Level II discipline referral. Students must be in uniform.



Exhibit 10

2. Attendance is taken at the beginning and end of the detention period.
3. It is the student's responsibility to obtain a meaningful assignment to complete in detention.
4. Students are expected to do schoolwork during detention. All materials (books, paper, pencil, etc.) must be brought to detention.
5. If a student does not have schoolwork, the detention administrator will assign lessons. Students are expected to complete the assigned lessons before the conclusion of the detention period. Students should take care of personal matters before arriving to the detention room.
6. The environment will be silent and free of distraction. Whispering/ talking, writing notes, texting, using electronic devices or trying to communicate in any way with any other student during the detention hour is prohibited.
7. Students may not sleep during detention.
8. All electronic devices must be turned off and put away during detention.
9. No eating or drinking.
10. Students will not be released early from detention.
11. Failure to attend detention or comply with school rules will result in a Level II discipline referral and necessary meeting with administration.

## DANGEROUS ITEMS

The possession or use of weapons or dangerous items of any kind is strictly prohibited. That includes any type of laser, gun, knife, razor blade, box cutter, jewelry, mace, or any sharp-edged implement or explosive that could inflict harm (or any facsimile of any aforementioned item). Students who violate this policy will receive a discipline referral which may result in expulsion. Reminder: Any illegal activity, such as the possession of a weapon or contraband will be reported to local law enforcement.

## PHOTOS/RECORDINGS PROHIBITED

Students are prohibited from taking photos, videos, or audio recordings on school grounds, in a school vehicle, or at a school activity or sanctioned event. Students are absolutely prohibited from posting photographs or videos online without the express written permission of the parents or guardians of students being photographed, recorded, or filmed and the permission of the teacher/staff being photographed, recorded, or filmed AND school administration for permission of school facilities being photographed, recorded, or filmed. Violations of these regulations will result in a ban on cell phone or other electronic device, a referral, non-compliance, and depending on the nature of the photograph/video, may subject the student/violator to legal litigation.



Exhibit 10

# LEVEL ONE & LEVEL TWO REFERRALS

Level One and Two referrals are issued for failure to comply with established expectations and policies such as:

| | |
|---|---|
| failure to turn-in an assignment or homework | tardy to class or detention |
| cheating/plagiarism/forgery | vandalism |
| dress code violation | chewing gum + **$2.00 fine** |
| refusal to follow directions or rules / defiance | leaving a classroom or cafeteria in disorder |
| theft of property | habitual referrals |
| spitting | disruptive and/or disrespectful behavior at any time |
| intimidation/ harassment | public display of affection |
| littering | unsafe activity: including but not limited to throwing snowballs and horse play |
| Unapproved possession or use of an object or device | bringing/eating/drinking food or beverages other than water outside the cafeteria |
| possession of a substance | inappropriate language |

Foul or abusive language or behavior is NOT tolerated at any time. Verbal abuse of school faculty, staff, or contractors will result in immediate suspension and may result in non-compliance.

# NO PUBLIC DISPLAYS OF AFFECTION

Public displays of affection are not appropriate in a school setting and are absolutely prohibited on school grounds, in a school bus or other transportation, or at a school activity or sanctioned event. This includes hugging, kissing, holding hands, sitting/laying on another's lap, etc.

**The school operates from the reality that public displays of affection in school can make others uncomfortable and create a less professional and academically focused environment. Additionally, personal conflicts in at-school relationships have the potential to spill into the school culture affecting achievement and creating a negative environment for other students.**

Students who violate VPA's Public Displays of Affection (PDA) policy shall receive a Level 2 referral and may require a parent meeting. If the problem continues after an initial referral, it shall constitute an act of misconduct, which may result in suspension/non-compliance.

# CELL PHONES AND ELECTRONIC DEVICES

Students may not use cell phones, Bluetooth, or unapproved electronic devices during the school day. If students choose to bring these items to school, they must be turned off when students are on school property and cannot be visible at any time during the school day. This includes not being visible in student clothing. The school is not responsible for lost or stolen devices and will not conduct a search for missing property.

VPA's cell phone and electronic devices regulation addresses the issue of unnecessary distractions in the classroom and elsewhere in the school during the instructional day. An emergency requiring the use of a phone should only be handled in the Main Office. Cell phones may be re-activated at the end of the school day, but used only outdoors. Cell phones may NOT be used on the school bus.

**Violations of these regulations will result in the cell phone/device being confiscated and:**

1. **on the first offense only released to the parent/guardian;**
2. **on the second offense held for at least 48 hours and only released to the parent/guardian.**
3. **In the event of a third offense the student will be on full restriction from such devices and considered in non-compliance of their agreement to follow school policies.**

Exceptions to these consequences should not be requested by students or parents.

**Cell phones/electronic devices cannot be on one's person during any exams.** It is recommended that these items be left at home during exams; if a student brings a phone or other device, it must be relinquished during the exam. The school accepts no responsibility for personal property.

# ACADEMIC DISHONESTY

The development of the whole person depends on personal integrity. Honorable behavior is the practice of a value system that demands honest choices regardless of the situation. Students are encouraged to perform to the best of their ability, keeping their personal and academic goals in mind. Learning is a dimension of personal development, and so has unique characteristics that call for each person's attention to their own gifts, talents, energy, and the cultivation of a scholarly discipline and style. Learning derives its value from the student's efforts to achieve success and to pursue his/her own potential.

Respect for individual effort and achievement should preclude any lending or borrowing of school work.

Academic Dishonesty includes, but is not limited to:

- Copying others' work
- Identifying others' work as your own
- Allowing others to copy
- Plagiarism

- Talking during an assessment
- Possession of unapproved materials/items during an assessment

Individual assignments challenge students to apply their gifts to the task at hand and to take responsibility for their intellectual growth. Team projects call for shared input, and are dependent on each person's fulfilling his/her individual task for the good of everyone involved. Students should not compromise the group or themselves by dishonest behaviors.

A Level II referral is received for the first offense and the parent is notified. Academic dishonesty results in a "zero" on that assignment. The zero is averaged in with other course grades.

**Plagiarism:** Plagiarism is the use of another's work, published or otherwise, without due credit to the author. As defined in Webster's Dictionary, to plagiarize is "to take ideas, writings, etc. from another and pass them off as one's own". Students, who use/submit plagiarized materials in whole or in part from any source, including the Internet, are subject to disciplinary action and their work is given an "F" grade. A second offense could result in a failed grade in the course. A website such as www.turnitin.com enables students to check their research papers and avoid plagiarism.

## REASONABLE SEARCHES

An administrator or designee may conduct a reasonable search of a student's person, personal items, school property, or vehicle when there are reasonable grounds for suspecting the student possesses illegally-obtained items, items that violate school policies (including theft) or may be considered dangerous. The scope of the search must be reasonably related to the objectives of the search and not excessively intrusive in light of the age and gender of the student and the nature of the infraction. While school authorities will respect the rights of each student in the use of school lockers, it shall be clear to all that lockers are the property of the school, provided as a convenience and are assigned to students for the purpose of storing school-related materials and items essential to the physical well-being of the students.

## TOBACCO

The Municipal Code of the City of Commerce City, Section 12-7000-Tobacco, states it is unlawful for any person to give, sell, distribute, or offer to sell any tobacco product to a minor; purchase is prohibited; possession is prohibited – it is unlawful for any minor to have or hold any amount of tobacco product anywhere on his or her person, to own or have custody of a tobacco product, or to have a tobacco product within his or her immediate presence and control; it is unlawful for any minor to smoke, ingest, absorb, inhale or chew any tobacco product. Accordingly, smoking/tobacco possession is not allowed anywhere on the school grounds, within the vicinity of the school, or elsewhere when the student is wearing the VPA uniform. Any violation related to tobacco will result in a Level II referral and be reported to local law enforcement.

*Because smoking is both illegal and a proven health hazard, students are advised to avoid developing the habit or to take necessary steps to end it.*

# SUBSTANCE ABUSE

The possession, transfer, sale, or use of drugs, including alcohol or drug paraphernalia, is absolutely prohibited on school grounds, in a school vehicle, or at a school activity or sanctioned event.

a) Students, faculty, and staff who suspect a student of drug use or alcohol consumption should report this immediately to Administration;

b) Students who appear to be under the influence of drugs or alcohol will be removed from class and may be subject to a drug test; parents/guardians will be contacted to discuss consequences.

c) Violation of the substance abuse policv is deemed "non-compliance" and will result in suspension and possible expulsion from school. In the event of suspension, added penalties include exclusion from field trips and designated activities for a specified period of time, usually the remainder of the school year.

d) The sale of drugs or alcohol on school grounds, in a school vehicle, or at a school activity or sanctioned event, whether before, during, or after school, or at any school function results in immediate involvement of local law enforcement, is deemed "non-compliance", and may result in expulsion.

**Drug Testing** - Providing a safe school environment, and at the same time, promoting an atmosphere of health and wellness is critical to the philosophy and overall mission of Victory Preparatory Academy. As part of this mission, it is imperative that students and parents fully understand the consequences for drug and alcohol use, abuse, and/or distribution. VPA school policies provide a way for the school to offer maximum support while maintaining a "No Tolerance" commitment to the community. In light of this commitment, students attending VPA are subject to:

- random drug and/or alcohol testing, and
- upon reasonable suspicion, may be required by the school to undergo such testing.
- canine services may be used by the school in an effort to deter students from bringing illegal substances onto campus.

Students found to be in possession of contraband are subject to all drug/alcohol consequences.

**Reasonable suspicion** is a logical conclusion based on experiences, observation by two adults and firsthand knowledge of a student's appearance, speech and/or behavior resulting in a sincere concern that a student may be involved with drugs and/or alcohol.

**The school reserves the right to randomly test all students at all school activities.** If found in violation of the substance abuse policy, the student's parents will be immediately notified and consequences will be applied per the policy. The **cost of the random testing will be absorbed by the school while the cost of reasonable suspicion testing will be the responsibility of the parent/guardian.**



Exhibit 10

# THEFT

The safety of private property should be respected by all. Students found guilty of theft may be suspended and referred to local law enforcement. If any item allowed in school is reported missing and not returned by dismissal time, the entire student body may be detained, regardless of previous appointments. Students should put name labels on their articles. Otherwise, a search cannot be conducted.

# VPA HALL PASSES

Students must have a hall pass signed by a teacher/administrator when in the hall at all times. If a student does not have a hall pass, it will result in a discipline referral. Entering a class late without a hall pass will result in an unexcused tardy.

# TRUANCY

Students who are **unexcused absent** from school, class or expected activity/location will receive a Level Two referral and receive the grade of zero for all class work, tests, and quizzes missed; parents/guardians are notified of the absence by school personnel. The school reserves the right to contact local law enforcement.

# VANDALISM

The maintenance staff works hard at keeping the buildings and grounds in good condition. Cooperation on the part of everyone in the school community is essential to maintain its attractive appearance. It is everyone's responsibility to demonstrate environmental consciousness. All are expected to be economical in the use of paper, to properly recycle materials, and to assist in the cleanup of papers, bottles, cans, and other recyclable materials found on the grounds.

....Every student must report instances of vandalism to a faculty member immediately.

....Students who mar school furniture, walls, phones, or any part of the building or grounds will receive a Level One or Level Two referral subject to the following penalties:

**The offender may be required to restore the vandalized area/furniture to its original condition, or pay a fine equal to the repair or replacement cost. Serious vandalism can include reporting to local law enforcement.**

# SUSPENSION AND EXPULSION POLICIES

Students are suspended for major or repeated infractions as described in this handbook, in other organizational documents, Colorado Revised Statutes, or when deemed in violation of the school's mission and goals. *While many grounds for disciplinary action or expulsion are set forth throughout the handbook, these do not constitute an exhaustive list of improper conduct and resultant disciplinary action.* Actions which result in suspension are considered so serious as to result in the offender's forfeiture of all rights and privileges of membership in the school community.

Case No

- ➢Students who are suspended are informed of the consequence;
- ➢The Administrator sets up a conference with the parents or guardians to discuss ways to rectify violations of policies/rules;
- ➢Students must make up all class work/assignments missed during the suspension
- ➢**Students may not participate in or attend any athletic or social event that falls during the period of suspension; students will not be allowed on school property during the period of suspension.**

Students are dismissed from school as explained in other sections of this Handbook.

For repeated failure to observe school policies and rules, the student may be subject to non-compliance or expulsion. In summary, students are subject to serious consequences for, but not limited to, the following reasons:

- Academic dishonesty, truancy, fighting, possession and/or use of dangerous items, possession, sale, or use of drugs or alcohol, theft, patterns of rule infractions including blatant disrespect, serious acts of vandalism, or violation of Internet policy.

Victory Preparatory Academy reserves the right to discipline students for conduct that occurs both on or off school grounds which is deemed detrimental to the reputation or culture of the school.

# SCHOOL UNIFORM DRESS CODE

**The Victory Preparatory Academy dress code is a symbol of the unity, respect, and pride of our school community. This appearance reflects professionalism and positive self-image.** The uniform reflects this attitude by its neatness, cleanliness, appropriate length, and proper fit. Guidelines are issued in the interest of appropriate school attire, modesty, and safety. Students are required to follow the guidelines listed below. Any student who fails to do so will not be allowed to attend classes and must change into appropriate attire. Students are expected to be showered, well-groomed and neatly dressed.

# DRESS CODE VIOLATIONS

**If an administrator determines that a student's grooming or clothing violates the dress code, the student shall be given an opportunity to correct the problem at school. If not corrected, the student must have a parent/guardian bring appropriate attire to change into or be sent home.**

**The following guidelines shall apply to all students:**
Student IDs must be worn by students at all times and on either a VPA or solid black lanyard around their neck (ID photo may not be obscured/covered by any decoration). Juniors and Seniors may wear lanyards that represent a college or university.

Earrings may be worn only by **female** students and only on the earlobes. No more than one per ear and must not be oversized. No jewelry, hardware, or temporary materials may be worn on ear piercings;
No tattoos; No face, body piercings;



Exhibit 10

No more than two necklaces may be worn at one time;
No more than two bracelets may be worn on each wrist;
No more than two rings may be worn on each hand;
No body art (drawing on skin in any way);
Male students shall not wear make-up;
Male students' facial hair must be well groomed and neatly trimmed;
Female make-up must look natural;
Hairstyles (including but not limited to: spiked hair longer than 2", or unnatural hair color/cuts/designs) that draw undue attention to a student are not allowed;
Canvas belts and/or belts of excess length are not allowed (only solid black leather belts permitted). Belt buckles with initials are not allowed;
Medallions/chains shall not be worn outside the shirt;
Chains that hang outside the pant pocket or from the wallet shall not be allowed;
Bras are required to be worn by all female students (color may not be visible through clothing);
Any garment that is considered revealing or tight fitting by administration shall be prohibited;
Shirts shall be worn tucked in if longer than normal fitting.

***NO SKINNY PANTS; NO DENIM/JEANS; NO HOODIES***

# HIGH SCHOOL LADIES ATTIRE

**Monday, Tuesday, Thursday & Friday casual daily dress code:**
Black skirts or dresses shall measure no shorter than two inches above the knee;
Black straight leg dress pants or capris shall fit appropriately (cargo style, baggy or tight fitting pants are not allowed);
Maroon colored "Polo" style shirts. *Only the top two buttons may remain unbuttoned. Only plain white undershirts may be worn. Long sleeved undershirts are not allowed.*

**Shoes and Socks:**
ALL **black** casual shoes (2" heel or lower; example: Toms, Vans or low-top Converse, Sperry, flats)
No other color allowed on the shoe or shoe sole – only black.
No athletic style shoes.
No open-toed or backless shoes.
Only solid white, black or skin tone socks or tights may be worn.

**Wednesday professional dress code:**
Black straight leg dress pants or capris shall fit appropriately (cargo style, baggy or tight fitting pants are not allowed).
Black skirts or dresses (black or black/white combination) shall measure no shorter than two inches above the knee.
Dress shirt/blouse must be white with a collar. Ladies must wear white undergarments under white dress shirt.
Neckwear must be worn (black tie or black, white, or black and white scarf).

**Shoes and Socks:**
ALL **black** dress shoes (2" heel or lower). No open-toed or backless shoes.
No athletic style shoes.
Only solid white, black or skin tone socks or tights may be worn.

**Outerwear (Coats, boots, jackets, hats, scarves & gloves):**

- Students may wear their choice of outerwear to school;
- NO outerwear may be worn inside the building;

All outerwear must be stored in lockers.

**Inside Wear for Cooler Temperatures:**
Solid maroon, black, or white sweaters only.
Sweaters must be cardigan, pull-over, or sweater vests only. Must be in good repair (not faded, stained, dingy, torn, etc…) and appropriate length.
No sweatshirts or sweaters with hoods allowed.

VPA school spirit shirts may be worn on Fridays only and on designated days as determined by Administration. Juniors and Seniors may wear VPA letter jackets and other apparel approved by Administration for daily wear.

# HIGH SCHOOL GENTLEMEN ATTIRE

**Monday, Tuesday, Thursday & Friday daily dress code:**
Black straight leg dress pants or shorts shall fit appropriately (cargo style, baggy or tight fitting pants are not allowed);
Maroon colored "Polo" style shirt (short or long sleeves). Shirts shall be worn tucked in if longer than normal fitting. Undershirts may only be white and short sleeved.

**Shoes and Socks:**
ALL **black** casual shoes (ex: Vans or low-top Converse, Sperry, solid black boat shoes).
No tennis or athletic style shoes allowed.
No other color allowed on the shoe or shoe sole – only black.
Solid black or white socks.

**Wednesday professional dress code:**
Black straight leg dress pants shall fit appropriately (cargo style, baggy or tight fitting pants are not allowed);
White Oxford style shirt (short or long sleeves). Shirts shall be worn tucked in. Undershirts may only be white and short sleeved; Black or black/white necktie fitting snugly around the neck with the length near the pant waistband. (bowties are acceptable)

**Shoes and Socks:**
ALL **black** dress shoes. No other color allowed on the shoe or shoe sole – only black.
No tennis or athletic shoes allowed.
Solid black or white socks.

**Outerwear (Coats, boots, jackets, hats, scarves & gloves):**

- Students may wear their choice of outerwear to school;
- NO outerwear may be worn inside the building;

All outerwear must be stored in lockers.

**Inside Wear for Cooler Temperatures:**

Solid maroon, black, or white sweaters only.

Sweaters must be cardigan. pull-over, or sweater vests only. Must be in good repair (not faded, stained, dingy, torn. etc…) and appropriate length.

No sweatshirts or sweaters with hoods allowed.

VPA school spirit shirts may be worn on Fridays only and on designated days as determined by administration. Juniors and Seniors may wear VPA letter jackets and other apparel approved by Administration for daily wear.

# DRESS DOWN DAYS

Dress Down days may be offered by administration. These may be "free" or "paid" depending on the occasion or situation. Paid Dress Down days are used for school fundraising. On either free or paid dress down days, clothing that is torn, frayed, form-fitting or inappropriate for school is prohibited. The only acceptable shirts are full length tee-shirts or blouses with no inappropriate markings; VPA and college logos are permitted. The student's shirt/blouse must be long enough to tuck into her skirt or pants. Low-cut tops are prohibited. Bare legs are permitted on dress-down days only when the student is wearing shorts/skorts/skirts/dresses with a hem no higher than 2" above the knee. If a student is not dressed appropriately they be required to change into acceptable attire and will lose the privilege to dress down the following dress down.

# SPECIAL EVENTS ATTIRE

Appropriate attire should be worn on such special occasions as evening performances, school meetings or banquets. Dress-down attire is not acceptable for these events nor are any items that are ordinarily not permitted. Other special events may have specific attire as determined by Administration.

# FIELD TRIPS

Educational trips are intended to enhance learning. Trips may be initiated by school personnel, and always require the approval of the administration as well as the written permission of a parent/guardian *on the official field trip permission slip*. When planning a trip, teachers will use the school's field trip guidelines. When requesting permission from parents for students to attend field trips, written permission must be secured. If written permission is not secured before the day of the trip, office personnel or administration may contact the parent to secure permission only in emergency situations. The verbal permission must be documented by making an anecdotal note that includes the date, the time, and parent/guardian who gave verbal consent. If permission is not obtained, the student will not attend the field trip. Any student who has an unresolved Level II



Exhibit 10

will not be allowed to attend field trips until their referral has been addressed: denial of participating in a field trip may be a consequence to a Level II referral.

Field trips may be offered as a reward or as an extension of the curriculum and school academic experience. Usually, parents/guardians are not included in this activity. In the event parents/guardians are invited to the field trip, background checks are required. Information provided by the Colorado Bureau of Investigation is reviewed as reported for approval or denial of accompanying the group on the field trip. Approval or denial is at the sole discretion of Administration.

# TRAVEL

Faculty and staff may initiate education-based travel opportunities. While these may be approved by the school for their educational value, the school does not ordinarily sponsor travel and does not accept liability for any related damages. Field trip and travel forms include a "hold harmless" clause which releases the school from liability for damages or injuries that may be incurred on the trip.

# TOYS

Toys of any kind are not to be brought to school. Fidget Spinners/fidget items of any kind are considered toys and are prohibited. When this rule is broken, the item will be confiscated and held in the office until the end of the school year and claimed by a parent on the last day of school. VPA staff is not responsible for the damage to or loss of any student's personal items brought to school.

# TEXTBOOKS

Most required textbooks are provided as necessary by the school. Students are required to protect their books by covering them with durable material, but NEVER WITH CONTACT PAPER, which ruins the covers of the books. Books should be treated with care as resources for learning, and not defaced in any way. Students are not allowed to use nylon or cloth covers. Students are liable for the full replacement cost of textbooks that are lost or for books whose ID numbers have been crossed out or deleted, and for full replacement cost of damaged books. The student's name and year of use must be written in the space provided in each text book.

# VPA FACILITIES

Desks, tables, chairs, lockers, walls, bathroom fixtures: writing, drawing or scratching on desks, chairs, walls, bathroom partitions, lockers or tables is a form of vandalism and contradicts our school's emphasis on proper respect for the environment. Students who deface or break school property are subject to serious consequences. Student offenders will be required to pay for cleaning and/or repair of the property in question and may be referred to local law enforcement. Visitors to VPA who deface or break school property may be barred from the premises, required to pay for cleaning and/or repair and may face criminal charges.

# BACKPACK, BAGS, PURSE POLICY

Students may not carry their book bags/backpacks with them during the day. They are permitted to use backpacks to carry books and supplies to and from school, but are not permitted to carry them between classes or during lunch periods.

All book bags/backpacks must be placed the student's locker and kept there until dismissal. Pocketbooks/purses are permitted as long as they are small, not large enough to carry a textbook.

Students have an opportunity to go to their lockers several times a day: before first period, before and after lunch, and before boarding the bus at dismissal.

With the installation of locker storage for all students, this policy addresses the following concerns: the weight student's carry on their backs, number of students in hallways, damage on walls, tripping hazards in classrooms, and inappropriate items in classrooms and outdoors.

# WATER BOTTLES

VPA believes that drinking water is an important part of being a successful student. In order for a student to use a water bottle in school students must adhere to the following guidelines:

1. VPA water bottles only;
2. Students should mark their water bottles. Plain water only!
3. Be appropriate when using fountains and water bottles;
4. Water bottles only permitted in designated areas;
5. The refilling of water bottles must take place before school, during lunch, passing times, after school, or at a teacher's designation.

# LOCKER POLICY

All lockers made available for student use on the school premises, including, but not limited to, lockers located in the hallways and physical education locker rooms, are the property of the school. These lockers are made available for student use in storing school supplies and personal items necessary for use at school, but the lockers are not to be used to store items which cause, or can reasonably be foreseen to cause, an interference with school purposes or an educational function, or which are forbidden by state law or school rules. A student who uses a locker that is the property of the school is presumed to have no expectations of privacy in that locker or the locker's content.

**Student lockers wili not be locked. Any student found stealing items from another student's locker will be disciplined according to the school's disciplinary policy.**

The student's use of the locker does not diminish the school's ownership or control of the locker. The school retains the right to inspect the locker and its contents to insure that the locker is being used in accordance with its intended purpose, and to eliminate fire or other hazards, maintain sanitary conditions, attempt to locate lost or stolen materials, and to prevent dangerous materials such as weapons, illegal drugs or alcohol, or any other material forbidden by school rules.

## 1. AUTHORITY TO INSPECT

The school retains the right to inspect lockers to insure they are being maintained in accordance with school rules. All inspections of student lockers shall be conducted by Administration.

## 2. INSPECTION OF INDIVIDUAL STUDENT LOCKERS

A). The inspection of a particular student's locker will not be conducted unless an Administrator or their designee has a reasonable suspicion to believe that the locker to be inspected contains items which cause, or can reasonably be foreseen to cause, an interference with school purposes or an educational function, which are forbidden by state law or school rules, or which pose an imminent and serious threat to health and safety necessitating the general search of part or all of the lockers.
B). Before a particular student's locker is inspected, the student (or students if more than one have been assigned to a locker), if present on the school premises, shall, where practicable, be contacted and given the opportunity to be present during the conduct of the inspection unless circumstances require that the inspection be conducted without delay in order to protect the health and safety of others present on school premises. Whenever an individual student's locker has been inspected under this rule without the student's presence, Administration shall notify the student of such inspection as soon as practicable thereafter.

## 3. INSPECTION OF ALL LOCKERS

A) An inspection of all lockers in the school, or all lockers in a particular area of the school, may be conducted if Administration reasonably believes that such an inspection is necessary to prevent, impede or substantially reduce the risk of:
(1) an interference with school purposes or an educational function,
(2) a physical injury or illness to any person,
(3) damage to personal or school property, or
(4) a violation of state law or school rules.
Examples of circumstances justifying a general inspection of a number of lockers are:
(a) When an item is stolen or missing;
(b) Tobacco or drug use or found paraphernalia among numerous students;
(c) At mid-term, end of grading period, and/or before school holidays to check for missing library books, or school equipment;
(d) When there is a reasonable belief that weapons are stored in the lockers.



Exhibit 10

B) If a general inspection of a number of lockers is necessary, then ALL lockers in the defined inspection area will be examined. Students will not necessarily be given the opportunity to be present while a general inspection is being conducted.

## 4. STUDENT MATERIAL

When conducting an inspection pursuant to these rules, the inspector shall take care to avoid disrupting the contents of the locker or intruding unnecessarily into any student's written material located in the locker. In addition, as to written material, the inspection will be kept to the minimum level necessary to determine that such material is not in itself, or being used to conceal, contraband.

## 5. DISPOSAL OF CONFISCATED ITEMS

All items confiscated from lockers may be disposed of by Administration as deemed appropriate, including:

(1) return to the proper owner or place, unless it poses a threat to health or safety;

(2) use as evidence in a student discipline proceeding if possession of the item constitutes a ground for suspension or expulsion;

(3) delivery to the appropriate law enforcement officials for prosecution purposes if possession of the item constitutes evidence of a crime; or

(4) destruction.

## 6. INVOLVEMENT OF LAW ENFORCEMENT OFFICIALS

A) The Administration may request the assistance of law enforcement officials to assist the school administrators in inspecting lockers or their contents for purposes of enforcing school policies only if such assistance is required:

(1) to identify substances which may be found in the lockers; or

(2) to protect the health and safety of persons or property, such as to aid in the discovery and disarming of bombs which may be located in the lockers.

B) The Administration may cause a locker inspection to be performed for school purposes if information supplied by law enforcement officials gives rise to a reasonable suspicion that a locker or lockers contains contraband.

## 7. LOCKER CLEANING

Nothing in this policy shall affect members of the staff, who at the direction of a supervisor, clean out:

A) Lockers from time to time in accordance with a general housekeeping schedule, or

B) The locker of the student no longer enrolled in the school.

# LOCKER RULES

In order to implement the school's policy concerning student lockers, the following rules and regulations apply:

1. USE OF LOCKERS

A) Lockers are to be used to store school supplies and personal items necessary for use at school.

B) Lockers shall not be used to store items which cause, or can reasonably be foreseen to cause, an interference with school purposes or an educational function, or which are forbidden by state law or school rules, such as drugs, drug paraphernalia, alcoholic beverages, weapons, any flammable substance, bomb or explosive device, any liquid, gel, or aerosol (including cologne or perfume), any school book not properly checked out or overdue, unreturned gym or athletic equipment, any stolen items, any obscene material, or tobacco products that are banned by school rules or regulations.

C) Students will be expected to keep their lockers in a clean and orderly manner. No stickers, graffiti, or defacement to lockers is permitted.

D) Lockers will be assigned by Administration. Students may not switch, relocate their locker, or use a vacant locker that is not specifically assigned to the him/her.

E) Student lockers will remain unlocked. Students are only permitted to store and remove items from their own lockers.

F) Students who do not follow the school rules regarding lockers will not be permitted to use a locker. Administration reserves the right to determine whether a student has violated school policies and is prohibited from using a locker.

## CAFETERIA/COMMONS

The cafeteria/commons is another place of hospitality where students and teachers have an opportunity for study, recreation, and enjoying meals. It is the only place in the building where food may be eaten. Every student is expected to contribute to a positive atmosphere in the cafeteria, exercising responsible and welcoming behaviors, and doing their part to properly maintain the facility.

- Cafeteria personnel ensure proper nutrition and facilitate the food service program. They deserve respectful behavior;
- Students are required to help maintain a healthful environment by cleaning tables of all trash, wiping tables clean, pushing chairs back in place at tables, picking up papers/food that are dropped on the floor, and properly recycling trash/cans/bottles;
- Students are prohibited from bringing food or drinks, other than plain water, into the classroom. Food and drink of any kind are prohibited in the computer labs and near any electronic devices, including computers, anywhere else in the school buildings;
- Cooperation with faculty and appointed student advisors in ensuring proper behavior and upkeep of the cafeteria/commons is expected of all. The same regulations apply during quiet study periods, classes and/or meetings held there.

All school rules are in effect in the cafeteria/commons and throughout the campus. When outdoors during lunch or free time, students must remain visible

to campus supervisors. Students discovered in "off limits" areas may receive a referral. At all times, students are prohibited from approaching the street, surrounding residences or businesses, or going beyond fenced areas.

## BULLETIN BOARDS AND POSTERS

Bulletin boards are assigned for the use of particular student groups and for school-wide purposes. Those assigned bulletin board space, whether in homeroom, classes, corridors, cafeteria/commons, etc., are responsible for keeping the boards neat and current. ⚠ **Posters and other notices must be approved by Administration.** Dated notices must be removed after the event by those posting them. Bulletin boards should never be de-faced; official postings by administrators or delegates may never be removed without the permission of Administration.

## LOST AND FOUND

A bin is provided in the clinic area for lost books, clothing and other items. Valuables that are found should be turned in to the main office. Items which are not claimed within a reasonable period of time are donated to local charities or discarded. Students' names should appear on all personal items and books.

## EMERGENCY CLOSURE

Should winter weather become sufficient to warrant closure, this information will be provided to media outlets, such as local television stations (Channel 4, 7 & 9) that normally report this occurrence. In addition, the school will make an attempt to call the main number listed on registration forms to notify families. The Chief Executive Officer will make the decision on whether or not to close VPA. Additionally, the CEO will decide closures of VPA for reasons other than weather. This information will also be provided to the necessary media outlets. NOTE: Closures due to inclement weather for Community Leadership Academy will also include Victory Preparatory Academy.

## EMERGENCY DRILLS

Safety drills occur regularly. Every room has a designated evacuation/escape route and exit procedure posted. Teachers review this procedure with their students on the first day of school. Students and teachers are assigned a safety location within the building and are taught proper procedures and positions to assume and maintain during emergency drills.

**Fire and other potential emergencies:** These are serious matters which deserve attention and compliance. Each person's behavior has an impact on the safety of the whole community.

- Directions for fire and security drills are given to students during homeroom and PA announcements.

- Building exits are posted in each classroom; instructions are given at the beginning of the year and repeated periodically throughout the year to keep students aware of exit routes.
- Security drills are conducted according to safe practices

The following must be observed at all times during fire drills:
THERE MUST BE NO TALKING. WALK QUICKLY, BUT NEVER RUN. FOLLOW ALL DIRECTIONS CAREFULLY.

## EMERGENCY NOTIFICATION SERVICE

VPA uses an emergency notification service that will send a message to all contact numbers provided within minutes after an emergency or incident has occurred at or around the school. It may be used to give instructions to parents on what they need to do to respond to their student(s) or provide alternate location information in cases where students have been evacuated to an alternate site. ⚠ **The success of the message is only as successful as the contact information we have for our students so please make certain that we have the most current contact information on file at all times.**

## CHANGE OF ADDRESS

Please notify the school office immediately if you change your address, telephone or place of employment. Having current information is critical in case of an emergency and it is the parent/guardian's responsibility to make sure the school office has current information on file at all times.

## PARENTS/GUARDIANS OUT OF TOWN

When you leave your student with another person and are out of the area, please contact the front office and provide written notification including the name, address, and phone number of the temporary guardian, and include the duration of your absence. VPA requires official temporary guardianship documentation to be completed and notarized. This documentation can be obtained in the front office. The school office will hold all information in confidence.

## STUDENT HEALTH

VPA does not have a medical clinic or registered nurse on site. School personnel do not diagnose physical, mental or behavioral conditions, suggest specific treatments, or supervise the health of students.

### Clinic area

The school office has a clinic area. Parents should bring special health problems to the attention of office personnel. The purpose of the clinic area is to provide first aid and to screen students complaining of illness. It is imperative that someone be available and prepared to pick up your student in the event of illness

or accident. A sick student must be picked up within 30 minutes of the school contacting the parent or designated adult. The school does not have facilities to keep students who are contagious or are so ill that they cannot perform at school.

## Health Passes

To visit the school office/clinic area, a student must ask the current subject teacher for a pass. When deemed advisable by office personnel that the student leave school to attend to his/her condition the student's parent/guardian/emergency contact will be notified.

> A student who feels ill must report to the office/clinic area *before* calling home or elsewhere to request that a parent or another to be picked up. This is to avoid anyone being unattended during illness or leaving school without school personnel being properly notified and the absence being accurately documented. When picked up, the student must be officially signed out in the main office.

⚠ It is **inappropriate** for a student to call or text prior to or instead of going to the office/clinic area. In the event this occurs, the student may be subject to VPA discipline procedures and the absence is unexcused until appropriate documentation is received.

## Accidents

**All accidents that occur on school grounds must be reported to the school office. Students will receive care consistent with the severity of the injury. Minor abrasions and bumps will be cleaned and bandaged. Parents will be notified immediately when major accidents occur. Emergency personnel will be summoned in serious situations.**

## When A Student Is Sick

If a student becomes ill at school, we will call the phone numbers on the emergency card. If needed, the student will be removed from contact with other students until picked up. Please call the school if you have any questions.

## Medications

**No medicine will be dispensed from the clinic area unless a completed medication form is on file.**

Students who are required to take prescribed medication during the school day must provide the following documentation:
….a written request from the physician indicating the frequency and specific dosage of a prescribed medication, and
….a written request from the parent to administer the medication as specified by the prescribing physician.

Students must follow the procedures listed below:
....All personal medication must remain in the clinic area in the original container. Students may not carry or dispense medicines (including non-prescription medications) at school to themselves or others.
....Persons suffering from asthma who require inhalant bronchodilators and persons with severe allergies requiring an EpiPen are the only exceptions to medicine being carried on one's person. ONLY if granted permission by school personnel and contained in an official health plan. Such students should have a spare bronchodilator or EpiPen in the clinic area at all times.

If parents/guardians want their student to keep medication with them, two requirements must be met:

1) **A letter from the doctor stating that it is necessary for the student to keep the medication with them must be on file in the school clinic area.**
2) **The parent/guardian must provide a statement indicating they will accept all responsibility if their student, or any other student, becomes ill because of misuse of the medication.**

Personnel trained to give medication are the only people at the school who may dispense medicine. This procedure will be carried out only after written permission from parents and dispensing directions from the doctor are presented. <u>All</u> medication must be left at the office and not in the classroom.

**Do not** send your student to school when they have a **fever.**
To ensure a healthy environment at Victory Preparatory Academy, please keep your student at home if he/she has any of the signs and symptoms below.

Has a fever over 100;

Has diarrhea (more than one abnormally loose stool per day);

Is vomiting;

Has a severe or chronic cough;

Has skin lesions, eye lesions, or rashes that are severe, weeping, or pus filled;

Complains of a stiff neck and headache with one or more of the above symptoms listed above;

Has head lice or nits.

When a student has been excluded from school due to health reasons, the following are guidelines for re-admittance:

| | |
|---|---|
| * **Fever** | 24 hours after temperature returns to normal (without the use of medication to drop temperature) |
| * **Diarrhea** | when diarrhea has stopped for 24 hours or with doctor's written statement that the diarrhea is due to a non-communicable cause |
| * **Vomiting** | when vomiting has stopped for 24 hours |
| * **Severe Cough** | when cough has stopped for 24 hours or with doctor's written statement that the cough is due to a non-communicable cause |
| ***Eye Infection** | when infection is gone or after appropriate treatment(s) with doctor's written consent |

***Rash** when rash is gone or if doctor gives written notice that the rash is non-communicable or after appropriate treatment(s), with the doctor's written consent

***Chicken Pox** when all pox are scabbed over (no new or open blisters are present) and other symptoms of illness are gone. Usually 5-7 days.

***Head Lice** when all lice and nits have been removed and hair/scalp has been treated with an approve d shampoo (Nix/Ridd) and the student has a complete clothing change (coat, hat, underwear, too). Appropriate measures should be taken to avoid re-infestation at home (i.e. laundering of personal items and bedding, use of lice spray, vacuuming, ironing or heating objects in a hot dryer and/or placing items in an airtight plastic bag for one-two weeks.) To help prevent the spread of head lice, we ask that students do **not** share combs and hats.

If for any reason, you are concerned about your student's health, please contact your physician. If your student develops a communicable disease, please call Victory Preparatory Academy so we can notify other parents that their student may have been exposed.

## Infectious Diseases

Parents must notify the school if a student develops an infectious disease so that proper precautions may be taken for the safety of other members of the school community.

# IMMUNIZATION (AND EXEMPTION) REQUIREMENTS

The Colorado Department of Health requires documented medical examination and immunizations to be presented prior to the first day of school. Students cannot be admitted to school without these.

**Immunization requirement law will be strictly enforced for all students. Students who do not meet the immunization requirements listed below will be denied attendance pursuant to C.R.S. 25-4-902. Transfer students will be expected to submit a complete Certificate of Immunization or Exemption.**

**Pursuant to C.R.S. 25-4-903, parents may exempt their student from receiving immunizations for personal, religious, or medical reasons. Parents choosing to exempt must** contact the school office to **sign the back of their** student's immunization card. **Check** with the school or your physician **regarding specific requirements.**

# K – 12TH GRADE SCHOOL REQUIRED IMMUNIZATIONS – 2017-18 SCHOOL YEAR

Colorado law requires students who attend a public, private or parochial kindergarten - 12th grade school to be vaccinated against many of the diseases vaccines can prevent. Your student must be vaccinated against:

- diphtheria, tetanus & pertussis (DTaP, DT, DTP, Tdap))
- polio (IPV)
- measles, mumps, rubella (MMR)
- hepatitis B (HepB)
- varicella (chickenpox)

Vaccines are recommended for hepatitis A, influenza, meningococcal disease and human papillomavirus, but are not required.

Colorado rule requires that students entering kindergarten receive their final doses of DTaP, IPV, MMR and Varicella. Students must receive 1 dose of Tdap vaccine for 6th-grade entry, even if they are under 11 years of age.

The number, timing and spacing of the required vaccine doses is set by the Centers for Disease Control and Prevention's Advisory Committee on Immunization Practices (ACIP). You can view parent-friendly versions of the current ACIP vaccine schedules for children 0 - 6 years of age at www.cdc.gov/vaccines/parents/downloads/parent-ver-sch-0-6yrs.pdf and preteens/teens 7 - 18 years of age at www.cdc.gov/vaccines/who/teens/downloads/parent-version-schedule-7-18yrs.pdf.

Please take your student's updated vaccine record to school every time he or she receives a vaccine.

If your student cannot get vaccines because of medical reasons, you must submit an official Immunization Medical Exemption Form to your school, signed by a health care provider licensed to give vaccines. You can get the form at www.colorado.gov/vaccineexemption.

If you choose not to get your student vaccinated according to the current ACIP schedule, you must submit an official Immunization Non-Medical Exemption Form (Religious or Personal Belief) to your school. This form must be submitted every year. You can either submit the official form online for inclusion in the Colorado Immunization Information System (CIIS) or provide a paper copy to your child's school. If you choose to include your student's information in CIIS, you may opt your student out of CIIS at any time.

Your student's school may ask you to also provide them with a paper copy if you submit online. You can get online and downloadable versions of the form at www.colorado.gov/vaccineexemption.

Some parents, especially those with students who have weakened immune systems, may want to know which schools have the highest percentage of vaccinated children. Schools must report vaccination and exemption numbers

(but not student names or birth dates) to the state health department by December 1 every year. Vaccination and exemption rates will be posted on the state health department website beginning in Spring 2017.

You may want to talk to a healthcare provider licensed to give vaccines or a local public health agency (LPHA) about which vaccines your student needs or if you have questions. You can read about the safety and importance of vaccines at www.ImmunizeForGood.com and www.colorado.gov/cdphe/immunization-education.

If you need help finding a healthcare provider, or finding free or low-cost vaccines, contact your LPHA, or call the state health department's Family Health Line at 1-303-692-2229 or 1-800-688-7777. You can find your LPHA at www.colorado.gov/pacific/cdphe/find-your-local-public-health-agency.

# RESPONSE TO STUDENTS WITH FOOD ALLERGIES

Victory Preparatory Academy's Board of Directors (the Board) recognizes that many students are being diagnosed with potentially life-threatening food allergies. To address this issue and meet state law requirements concerning the management of food allergies and anaphylaxis among students, the Board sets forth the following requirements in accordance with C.R.S. 22-2-135(3)(b).

**Health care plan**

The school nurse, or a school administrator in consultation with the school nurse, shall develop and implement a health care plan (plan) for each student with a diagnosis of a potentially life-threatening food allergy. The plan shall address communication between the school and emergency medical services, including instructions for emergency medical responders. If a student qualifies as a student with a disability in accordance with federal law, the student's Section 504 plan, Individualized Education Program (IEP), and/or other plan developed in accordance with applicable federal law shall meet this requirement.

**Reasonable accommodations**

Reasonable accommodations shall be made to reduce the student's exposure to agents that may cause anaphylaxis within the school environment. If a student qualifies as a student with a disability in accordance with federal law, the student's Section 504 plan, Individualized Education Program (IEP), and/or other plan developed in accordance with applicable federal law shall meet this requirement.

**Access to emergency medications**

Emergency medications for treatment of the student's food allergies or anaphylaxis shall be kept in a secure location accessible to designated school staff. Whenever possible and in a timely fashion, the student's parent/legal guardian shall supply the school with the medication needed for treatment of the student's food allergies or anaphylaxis, unless the student is authorized to self-carry such medication.



Exhibit 10

**Staff training**

The school administrator, in consultation with the school nurse, shall determine the appropriate recipients of emergency anaphylaxis treatment training, which shall include those staff directly involved with a student who has a known food allergy during the school day. At a minimum, the training shall prepare staff to have a basic understanding of food allergies and the importance of reasonable avoidance of agents that may cause anaphylaxis, the ability to recognize symptoms of anaphylaxis, and the ability to respond appropriately when a student suffers an anaphylactic reaction. The training shall also include instruction in the administration of self-injectable epinephrine, when medication is ordered by a health care professional with prescriptive authority and supplied by the student's family.

# ENROLLMENT POLICY

**Victory Preparatory Academy is a school of choice. Choice may be revoked as allowed by state statute and school policy. The student's attendance must be prompt and regular and the student's conduct must be in accordance with school policies, procedures, rules, and regulations. The grade in which the student is enrolled must not be overcrowded.**

**Graduation Policy: Students transferring into VPA High School must attend three (3) full semesters in order to be eligible for a Victory Preparatory Academy diploma.**

## METHOD OF ENROLLMENT

Victory Preparatory Academy requires that all students wanting to attend submit an "Intent to Enroll" form prior to or during the open enrollment period. Submitting an "Intent to Enroll" form **DOES NOT GUARANTEE** that your child will have the opportunity to enroll. All "Intent to Enroll" forms received prior to or during the open enrollment period will be assigned a wait list number.

## Open Enrollment Period:

- Open enrollment for each school year will end at midnight (MST) April 15th.
- All "Intent to Enroll" forms received prior to that time will be considered for enrollment for the upcoming school year.
- Families that applied in a prior year but were not extended an invitation to enroll do not need to re-submit an "Intent to Enroll" form.
- The Open Enrollment Period shall be advertised and made public within the school community at least fourteen (14) days prior to completion of the open enrollment period, so as to provide equal opportunity to all interested students.
- Students may continue to be added to the wait list after April 15th.

## Priority for Enrollment:

Priority for enrollment is given to the following classes of students; these classes are listed in order of priority:

1. Children of Founders of Community Leadership Academy (as defined below);
2. Children of employees of CLA/VPA (as defined below):

The combined total of these shall not comprise more than 20% of total student enrollment.

## Availability to Enroll:

If the number of "Intent to Enroll" forms received is less than or equal to the number of student spaces available for any grade, the school will extend an opportunity to enroll to any child for whom a completed "Intent to Enroll" form was received by the school prior to the end of the open enrollment period.

If the number of "Intent to Enroll" forms received is greater than the number of student spaces available for any grade, depending on campus policy, the school will hold a lottery during the third week of April. An opportunity to enroll will be extended to the lottery recipient on or before May 1st of each academic year, for enrollment during the following academic year.

Any "Intent to Enroll" forms received by the school prior to the close of the open enrollment period, and for whom an opportunity to enroll was NOT extended will be held in on the waitlist in the event of a vacancy prior to September 30th.

## ENROLLMENT ACCEPTANCE

- Upon receiving notification of opportunity to enroll via telephone, the parent(s) or legal guardian(s) of the child(ren) shall provide acceptance to the school's secretary no later than forty-eight hours after the notification of availability was given (excluding holidays and weekends). Enrollment forms must be completed within one-week of providing verbal acceptance. If no verbal acceptance is received within twenty-four hours after notification of availability, or enrollment forms were not completed within the time allowed, the school will deem that the parent(s) or legal guardian(s) of the child(ren) have declined to enroll the child(ren) in the school, and the school may then notify availability to another child.

## Founder Definition

- An individual involved in the founding of CLA who contributed 200 or more hours toward the creation of the organization and approved by the School's board of directors.

## Employee Definition

- An individual currently employed by CLA/VPA who works more than 20 hours per week for the organization. "Employee" does not include contractors or vendors of any kind.

## SPECIAL EDUCATION

*Requests from the parents of special education students for admission shall be considered in accordance with applicable state and federal laws. The student's current Individual Education Plan (IEP) shall be used to determine if the*

*requested school or program can meet the student's needs. Once the student is admitted, the school shall conduct a staffing to update the IEP.*

## NON-DISCRIMINATION POLICY

*Victory Preparatory Academy does not make any distinction because of race, national origin, sex, ethnic group, religion, marital status, or disability of any student who may be in attendance or who seeks admission.*

### False Information/Failure to Disclose

Any forms submitted to the school for enrollment that contain false information or any forms with requested information withheld or not disclosed will cause the enrollment/request for enrollment to be considered invalid and the student(s) will be immediately removed from the waiting list or other records. If enrollment has already occurred prior to the discovery of false information or withheld information, the enrollment will be immediately revoked.

All forms must be completed in order for a child to be enrolled. Forms that are incomplete will render the enrollment invalid.

Victory Preparatory Academy is a school of choice. Choice may be revoked as allowed by statute. The student's attendance must be prompt and regular, and the student's conduct must be in accordance with school policies, procedures, rules, and regulations. The grade in which the student is enrolled must not be overcrowded.

## NEW STUDENTS

VPA administers a diagnostic exam to newly enrolled students to determine the student's academic performance levels. If a student has significant academic deficiencies they are subject to appropriate grade placement and may enroll in the appropriate grade level if space is available.

- **Newly enrolled students in VPA will be offered appropriate grade level placement if room is available.** Placement is determined by administrative review of multiple indicators including, but not limited to official transcripts, diagnostic exam results, previous grades, standardized tests, etc.

## RETURNING STUDENTS

Returning students are required to complete an "Intent to Return" form and complete the registration documents prior to April 1st annually.

## ENROLLMENT ACCEPTANCE

Upon receiving notification of availability to enroll via telephone, the parent(s) or legal guardian(s) of the student shall provide acceptance to the school office no later than twenty-four hours after the notification of availability was given. Enrollment forms must be completed within one-week of providing verbal acceptance. If no verbal acceptance is received within twenty-four hours after notification of availability, or enrollment forms were not completed within the



Exhibit 10

time allowed, the school will deem that the parent(s) or legal guardian(s) of the student have declined to enroll the student in the school, and the school may then notify availability to another student.

# REGISTRATION

Registration forms must be completely filled out for entrance to VPA. In particular, it is important to provide telephone numbers for places of employment for both parents/guardians, and two (2) emergency contact persons other than the parents. The school will use these contacts in the event the parents cannot be reached by telephone. Any disability or allergies of a student should be noted on the registration form and the medical forms contained in the enrollment package.

⚠ **Current 504 Plans, ALP Plans, ELA Plans, and IEP's (Individual Education Plan) must be indicated.**

Parent/Student Agreement to Policy Forms:

Certain agreements are distributed to students during the first few days of school. These agreements must be signed by parents and students as requested on the form and returned to school within a week of the opening of school. Refusal to consent to VPA's rules and policies by parent or student may result in nullification of enrollment/registration.

Agreements relate to:

Public Use of School Pictures - Parents are invited to sign off on the use of students' photographs, movies, videos and images for press releases, school newsletters, recruitment and other brochures about school life. These pictures are taken during school events. Students whose parents do not give permission for the public use of photographs must take responsibility for staying out of such photos;

Student Handbook Acknowledgement Form - Acceptance of the terms, policies, and regulations found in the Student Handbook;

Internet/Network Acceptable Use Policy;

National Free and Reduced Price School Meals Application.

# CLASS PLACEMENT POLICY

Class placement is at the sole discretion of Administration. Consideration for class placement is given to course availability, male/female ratio, balance in ability level, and most importantly, to a suitable student/student match. The staff will work hard to arrange classes so that they will be well balanced, keeping in mind what is best for all students.

# SPECIAL EDUCATION

*Requests from the parents of special education students for admission shall be considered in accordance with applicable state and federal laws. The student's current Individual Education Plan (IEP) shall be used to determine if the*



Exhibit 10

*requested school or program can meet the student's needs. Once the student is admitted, the school shall conduct a staffing to update the IEP.*

VPA offers a continuum of special education services up to and including support services as may be required to provide a FAPE to students with disabilities. The school provides special education and related services to students in mild/moderate disability categories who can receive a FAPE within the school's program, including but not limited to students identified with learning, speech language, emotional, and other mild/moderate needs. VPA will provide services to students in the manner encouraged by the Response to Intervention ("RtI") model.

Following the receipt of a letter of intent to enroll at VPA, the school determines whether the student has been identified as a student with disabilities eligible for special education and related services pursuant to the Individuals with Disabilities Education Improvement Act, 20 U.S.C. 1401 *et seq.* ("IDEIA") based on the parent/guardian disclosure on the Intent to Enroll form. If so, when space is available, the school will obtain a copy of the student's individualized education plan ("IEP"). Acceptance is contingent upon convening an appropriate IEP team to determine if a free appropriate public education (FAPE) is available for the student at the school and, if so, what services will be provided to the student. In making this determination, the school considers the best interests of the student and the most effective means of delivering the services. The student will not be accepted if the IEP team finds that FAPE is not available for the student at the school or if the enrollment of the student would result in the school exceeding space limitations. VPA is responsible for providing an eligible student with a free appropriate public education, except in the event that the IEP team agree that the admission of the student will cause a fundamental alteration of the School's program, taking into account all individual circumstances, within the meaning of the Rehabilitation Act of 1973 and Title II of the Americans With Disabilities Act. In the event the school enrolls a student and it is thereafter determined that the student requires different or additional special education services than initially anticipated, the school shall convene a properly constituted IEP Team (as appropriate) to determine whether VPA is an appropriate placement for the student, and, if so, what services will be provided to the student.

Enrollment of nonresident students with disabilities will follow the same admissions criteria as for nonresident students without disabilities, including space availability, except that such admissions, if any, are conditioned upon the IEP team determining the placement is appropriate.

## Special Education and Related Services

Special education services are provided by the school and are delivered by special education teachers and paraprofessionals who are properly licensed and endorsed pursuant to the requirements of the State of Colorado and CDE and who are "highly qualified" within the meaning of the NCLB and state regulation. The school complies with all CSI, state, and federal requirements, to ensure that the needs of all special education students are met. Students with

disabilities are fully integrated into the programs of Victory Preparatory Academy whenever possible, with the necessary materials, mandated services, and equipment to support their learning.

- Individuals with Disabilities Education Act (IDEA) regulations
- Section 504 of the Rehabilitation Act of 1973
- Title II of the Americans with Disabilities Act
- Colorado ECEA – Exceptional Children's Education Act rules
- CSI procedures for SPED, 504, Gifted/talented, School health and ELA

**Questions about these procedures should be directed to Administration.**

# TRANSFERS & WITHDRAWALS

Students transferring or withdrawing from VPA must be cleared through the school office and complete an athletic transfer packet. If possible, please notify the school office in advance of pending transfers or withdrawals. All fees and outstanding charges must be paid prior to the transfer, withdraw or release of grades/transcripts.

# PERMANENT RECORDS

Parents may view a student's permanent record at any time. Please give the school a one-day notice so that the record may be retrieved from the file. The record must be reviewed in the presence of the classroom teacher, Administrator, or Administrator's designee.

All permanent records of students enrolled at VPA are maintained at VPA. All requests for inspection and review of education records and requests for copies of such records, as well as disclosure of personally identifiable information except as provided by law, shall be maintained as a part of each individual's record. Please allow a turnaround of two (2) business days for copy requests. Parents or eligible students who believe that information contained in the education records of a student is inaccurate or misleading or violates the privacy or other rights of the student may request to VPA the records be amended.

## Confidentiality Safeguards

Student records are maintained in accordance with the Federal Family Educational Rights and Privacy Act of 1974 (FERPA), the Colorado Public Records Act and the Colorado Children's Code Records and Information Act. The purpose of this policy is to assure parents and students themselves, if they are eighteen years of age or older, that they may have access to their education records; to provide for the permissible sharing of information with law enforcement agencies as provided by law; and to ensure that each individual's right to privacy shall be protected by limiting the transferability of education records without consent of the parent or eligible student except as otherwise provided by law. Student discipline records are protected under FERPA and are not available for review.

# TRANSPORTATION

VPA has contracted with Velocity Transportation Services (720-420-0093) to provide transportation to and from school. If you need this service, please contact the school office. Please remember riding the school bus is a privilege and is being provided by the school at no cost to families. Improper conduct on the buses, at the bus stops, or at the school will result in that privilege being denied. ***All families participating in transportation services have signed an agreement outlining policies, procedures, and expectations.**

PARKING IN THE BUS STOP LANE IS STRICTLY PROHIBITED.

# TRANSPORTATION GUIDELINES FOR PARENTS AND STUDENTS

## MEETING THE BUS

1. Be at the bus stop 5 minutes prior to the scheduled time. Stand back about ten feet from the bus stop and wait until the door is open before loading.
2. If students miss the bus, they should not attempt to ride another bus, walk to or from school, or hitchhike.
3. Respect the property rights of others while waiting for the bus. Do not litter or make unnecessary noise. Do not gather under carports or porches, or on lawns without permission.
4. Line up at the stop; do not push and shove; wait for the bus to come to a full stop before approaching it.
5. Never throw snowballs or other objects at or around the bus.
6. DO NOT fight or tease other students at the bus stop.
7. During the winter months, students should NEVER wait for the bus on snow piles or near the road, as they may slip under the bus or another vehicle.
8. Walk on the sidewalk and the road where possible and not on the street.

## ENTERING AND LEAVING THE BUS

1. While loading and /or unloading, enter or leave the bus orderly and as quickly as directed by the driver.
2. If the student should arrive at the stop just as the bus approaches the stop, wait until the bus approaches the stop; wait until the bus has come to a complete stop; cross 12 feet in front of the bus in clear view of the driver.
3. Students who must cross the road after leaving the bus in the afternoon must go to a point on the shoulder of the road 12 feet in front of the bus. Cross the road only after the driver has signaled the student to cross in front of the bus.
4. Before crossing the front of the bus, be sure you can see the driver, and the driver can see you.



Exhibit 10

5. If a student drops and object while leaving the bus, do not attempt to retrieve the object until the bus has left the scene and the road is clear of vehicles.
6. Do not enter or leave the school bus by the back door except in case of an emergency or directed to do so by the driver.

## RIDING THE BUS

1. Students are expected to conduct themselves in a manner that they will not distract the driver or disturb other riders on the bus.
2. Students must keep pens, pencils, and other school materials inside their backpacks.
3. Students are not to deface the bus or any school property.
4. Students may not eat or drink on the bus.
5. Students must not tamper with any of the safety devices, including door latches and fire extinguishers.
6. Students must stay seated until the driver directs them to get off the bus. Students are not to place their hands, arms, head or bodies out of the window, nor are they to yell at anyone outside the bus.
7. Students are to sit facing the front with their back up against the back of the seat with their feet directly in front of them. They must not get up from their seats and move while the bus is moving.
8. Do not ask the bus driver to be let off at any place except your (the students) regular stop.
9. Students riding a bus other than their regular bus must have a pass from the office.
10. Students are not to use cell phones, other electronic devices or similar items while on the bus.
11. Keep the bus clean. Do not litter or leave trash on the bus.
12. Keep the aisles clear.
13. ABSOLUTELY, No harassment, physical or verbal, hitting or roughhousing, teasing, name calling or profanity.

# COMMUNICATION WITH PARENTS /GUARDIANS

The following procedures are intended to facilitate the school/home partnership:

- Meetings:
  - Parent Information Nights
  - Mandatory parent/teacher conferences in Fall and Spring
- Progress Reports/Report Cards
- PowerSchool Parent Portal
- Individual contacts between parents and faculty by telephone, e-mail, letter or scheduled personal conferences

*THE SCHOOL IS NOT OBLIGATED TO MEET OR COMMUNICATE WITH ANYONE WHO THREATENS THE SCHOOL AND/OR STAFF IN ANY WAY(I.E. PROFANITY OF ANY KIND. SHOUTING, PHYSICAL OR VERBAL INTIMIDATION). FURTHER, THIS TYPE OF BEHAVIOR IS CONTRARY OT THE ENROLLMENT AGREEMENT AND WILL JEPORDIZE ENROLLMENT.*

## Conferences & Communication

VPA requires parents/guardians to attend their student's Parent/Teacher Conference. Parent/Teacher Conferences will be scheduled at the end of the first and third quarters of the school year. We encourage additional conferences with your student's teachers, if needed, on an appointment basis.

## Complaint Procedure

The Board of Directors and Administration of Community Leadership Academy/Victory Preparatory Academy seek to provide the highest quality service to the public and desires to improve wherever service may be deficient. Therefore, the administration invites input from parents and patrons of the school.

The Board of Directors presumes that all staff act in a professional manner and in accordance with the adopted curriculum and instructional strategies. However, the Board recognizes the rights of individuals and groups to present their concerns directly related to the curriculum, instructional materials, instructional strategies, and educational activities in the school. These concerns may be addressed at Open Forum. This policy provides a fair, orderly, and timely process for handling personnel complaints, which will be handled in closed session.

The Board relies first on the teachers and staff to handle the concerns of the public. It is the policy of the Board to provide for resolution at the level most directly involved first and in an informal manner if possible. However, if such resolution cannot be accomplished, a hearing may be requested to discuss this matter. Such a hearing will only be granted if the complainant has followed the procedure set forth in this document.

The Academy trusts, values, and supports its employees and seeks to protect them against unwarranted and unnecessary attacks. Therefore, all formal complaints by members of the public concerning school personnel shall be in writing and bear the signature of the concerned party. Anyone who defames a CLA/VPA employee and damages a person's professional reputation, whether before students or any third party, may be subject to legal action brought by the employee.

**Provisions:**

A. Nothing contained herein shall be construed so as to limit in any way the ability of, or authority for staff and the grievant to resolve any grievance informally.

B. This grievance procedure shall take precedence over any other formal grievance procedure.

C. Failure to file or pursue a grievance or appeal, at any step of the procedure, in a timely fashion as specified herein bars any further proceedings to that grievance.

D. Failure to adhere to published grievance provisions and/or procedures bars any further proceeding to that grievance.

Parents or patrons of the school who wish to express a concern must follow the provision above and the procedure listed below:

1. **Initial Communication:** A member of the public with a concern or complaint about a staff member must first try to resolve the matter directly and informally with the staff member concerned.

2. **Review:** If the matter cannot be resolved informally at the initial level, the concerned party may **submit a written grievance** describing his/her concerns in a clear, specific and detailed manner and submit it to school administration. A written grievance must be submitted within five (5) school days of the act on which the complaint is based. If not so presented, the complaint will not be recognized and shall be considered waived. The administrator shall investigate the facts and meet with the concerned party and then with the staff person(s) named in the written statement in an effort to facilitate a mutually acceptable resolution. The issue shall be resolved within ten (10) school days from the receipt of the written statement unless the parties involved mutually agree to extend that period. After that time period, the administrator will supply the concerned party with a written result of the investigation.

3. **Appeal:** If the issue has not been resolved to the concerned party's satisfaction, he or she may **submit a written appeal** within five (5) school days to the Chief Executive Officer. The Chief Executive Officer may hold a conference of all parties involved within ten (10) school days. The concerned party will receive a written response within ten (10) school days after reviewing the appeal or having the conference.

4. **Appeal to the Board of Directors:** If the issue is still not resolved to the concerned party's satisfaction, he or she may submit a written appeal within five (5) school days to the Board of Directors. The Board has the discretion to accept or reject the Chief Executive Officer's resolution of the issue.

The Board of Directors will give its decision by the next regular meeting (or sooner, if the situation warrants). If the Board rejects the Chief Executive Officer's decision, it will hear the matter at the first regular session. A vote by a simple majority of the Board members shall be required to come to a decision. The matter will be heard in closed session unless the staff member involved requests an open hearing. The Board of Directors will supply the concerned party with a verbal or written result of the investigation.

*If the concerned party is not satisfied with the Board of Director's decision to accept the Chief Executive Officer's resolution or the result of the Board of Director's investigation, the concerned party may submit its concerns in written format to the school's authorizer, the Colorado Charter School Institute, within five (5) business days from receiving the written decision from the Board of Directors. After review, the Institute's Executive Director will publish his/her conclusions in writing within 15 calendar days from receipt of the written*

*concern. The decision of the school's Board of Directors will not be overturned unless there are compelling grounds that the school violated an applicable law, regulation, policy, or contract provision. The Institute can be contacted at (303)866-3299 or csi info@csi.state.co.us. 1580 Logan St. Denver, CO 80203.*

## PARENT/GUARDIAN SURVEY

Each spring the school will distribute a survey to parents. The survey will be used to provide data on how the school is doing. The results of the survey are used to affect change as deemed appropriate, improve operations, report to foundations and agencies that we are accountable to, and assist in future planning. Please complete your survey as soon as possible after you receive it and return it to the school office.

## PARENT/GUARDIAN RESPONSIBILITIES

Victory Preparatory Academy believes parents/guardians make a world of difference in a student's education. Parents/Guardians are our partners in education and are expected to cooperate with all school policies, especially in the areas of dress, discipline and academics (including homework and school break assignments). Parents and guardians should encourage students in all of their academic endeavors and should give assistance when deemed necessary. The responsibility for good behavior rests on the individual student and his/her parents/guardians. It is critically important that parents and guardians assist the school in promoting, developing and maintaining good behavior from each student.

Victory Preparatory Academy is a school of choice. We know you have a choice in choosing your student's school, and we are glad you have selected VPA. VPA parents must support their student's teacher and academic goals. Be very careful about expressing negative opinions to your student about something that happened at school without first talking to the responsible adult. Respect at school is impossible if there is not respect for the school and the teacher at home. Parents should be fully aware of the educational process in the classroom and engaged in their student's homework whenever possible to ensure maximum educational potential. Parents should make an effort to know their student's teacher and to monitor their student's progress and behavior through on-going dialogue with the teacher and student.

Parents and/or Guardians acknowledge that they have primary responsibility for their student's education and agree to:

- Talk to and listen; Encourage excellence; Praise success and efforts;
- Ensure appropriate hygiene, rest and nutrition and school attire every day;
- Make sure school attendance is regular and on time; ensure that assignments missed due to excused absence are completed within the designated timeframe;



Exhibit 10

- Monitor homework, reading assignments, break assignments and provide an appropriate study environment at home;
- Adhere to and support the policies and practices set forth in the Handbook;
- Support, encourage and advise conflict resolution that is positive, non-violent, and in alignment with school policies and character expectations;
- Attend all parent-teacher conferences and communicate regularly with teacher(s);
- Be involved in school activities.

## PARENT'S RIGHT TO KNOW

As a parent of a student at Victory Preparatory Academy, you have the right to know the professional qualifications of the classroom teacher who instructs your child. This is a requirement for all districts that receive Title I funds. Federal law allows you to request certain information about your student's classroom teacher. The law also requires the district to give you this information in a timely manner upon request. Listed below is the information about which you have the right to ask for regarding each of your student's classroom teachers.

- Whether the Colorado Department of Education has licensed or endorsed your student's teacher for the grades and subjects taught.
- Whether CDE has decided that your student's teacher can teach in a classroom without being licensed or qualified under state regulations because of special circumstances.
- The teacher's college major; whether the teacher has any advanced degrees, and, if so, the subject of the degrees.
- Whether any teachers' aides or similar paraeducators provide services to your child and, if they do, their qualifications.

Please contact the school office if you would like to receive any of this information.

## NOTIFICATION OF RIGHTS UNDER FERPA FOR ELEMENTARY AND SECONDARY SCHOOLS

The Family Educational Rights and Privacy Act (FERPA) affords parents and students who are 18 years of age or older ("eligible students") certain rights with respect to the student's education records. These rights are:

1. The right to inspect and review the student's education records within 45 days after the day Victory Preparatory Academy receives a request for access.

   Parents or eligible students who wish to inspect their child's or their education records should submit to the school registrar a written request that identifies the records they wish to inspect. The school registrar will make arrangements for access and notify the

parent or eligible student of the time and place where the records may be inspected.

2. The right to request the amendment of the student's education records that the parent or eligible student believes are inaccurate, misleading, or otherwise in violation of the student's privacy rights under FERPA.

   Parents or eligible students who wish to Victory Preparatory Academy to amend their child's or their education record should write the school registrar, clearly identify the part of the record they want changed, and specify why it should be changed. If the school decides not to amend the record as requested by the parent or eligible student, the school will notify the parent or eligible student of the decision and of their right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the parent or eligible student when notified of the right to a hearing.

3. The right to provide written consent before the school discloses personally identifiable information (PII) from the student's education records, except to the extent that FERPA authorizes disclosure without consent.

   One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. These school officials and legitimate educational interests include a person employed by Victory Preparatory Academy or the Charter School Institute as an administrator, supervisor, instructor, or support staff member (including health or medical staff and law enforcement unit personnel) or a person serving on the school board. A school official also may include a volunteer, contractor, or consultant who, while not employed by the school, performs an institutional service or function for which the school would otherwise use its own employees and who is under the direct control of the school with respect to the use and maintenance of PII from education records, such as an attorney, auditor, medical consultant, or therapist; a parent or student volunteering to serve on an official committee, such as a disciplinary or grievance committee; or a parent, student, or other volunteer assisting another school official in performing his or her tasks. A school official typically has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility.
   Upon request, the school discloses education records without consent to officials of another school or school district in which a student seeks or intends to enroll, or is already enrolled if the disclosure is for purposes of the student's enrollment or transfer.

ado

See the list below of the disclosures that elementary and secondary schools may make without consent.

FERPA permits the disclosure of PII from students' education records, without consent of the parent or eligible student, if the disclosure meets certain conditions found in § 99.31 of the FERPA regulations. Except for disclosures to school officials, disclosures related to some judicial orders or lawfully issued subpoenas, disclosures of directory information, and disclosures to the parent or eligible student, § 99.32 of the FERPA regulations requires the school to record the disclosure. Parents and eligible students have a right to inspect and review the record of disclosures. A school may disclose PII from the education records of a student without obtaining prior written consent of the parents or the eligible student:

To other school officials, including teachers, within the educational agency or institution whom the school has determined to have legitimate educational interests. This includes contractors, consultants, volunteers, or other parties to whom the school has outsourced institutional services or functions, provided that the conditions listed in § 99.31(a)(1)(i)(B)(1)- (a)(1)(i)(B)(3) are met. (§ 99.31(a)(1))

To officials of another school, school system, or institution of postsecondary education where the student seeks or intends to enroll, or where the student is already enrolled if the disclosure is for purposes related to the student's enrollment or transfer, subject to the requirements of § 99.34. (§ 99.31(a)(2))

To authorized representatives of the U.S. Comptroller General, the U.S. Attorney General, the U.S. Secretary of Education, or State and local educational authorities, such as the State educational agency (SEA) in the parent or eligible student's State. Disclosures under this provision may be made, subject to the requirements of § 99.35, in connection with an audit or evaluation of Federal- or State-supported education programs, or for the enforcement of or compliance with Federal legal requirements that relate to those programs. These entities may make further disclosures of PII to outside entities that are designated by them as their authorized representatives to conduct any audit, evaluation, or enforcement or compliance activity on their behalf, if applicable requirements are met. (§§ 99.31(a)(3) and 99.35)

In connection with financial aid for which the student has applied or which the student has received, if the information is necessary for such purposes as to determine eligibility for the aid, determine the amount of the aid, determine the conditions of the aid, or enforce the terms and conditions of the aid. (§ 99.31(a)(4))

To State and local officials or authorities to whom information is specifically allowed to be reported or disclosed by a State statute that concerns the juvenile justice system and the system's ability to effectively serve, prior to adjudication, the student whose records were released, subject to § 99.38. (§ 99.31(a)(5))

To organizations conducting studies for, or on behalf of, the school, in order to: (a) develop, validate, or administer predictive tests; (b) administer student aid programs; or (c) improve instruction, if applicable requirements are met. (§ 99.31(a)(6))

To accrediting organizations to carry out their accrediting functions. (§ 99.31(a)(7))

To parents of an eligible student if the student is a dependent for IRS tax purposes. (§ 99.31(a)(8))

To comply with a judicial order or lawfully issued subpoena if applicable requirements are met. (§ 99.31(a)(9))

To appropriate officials in connection with a health or safety emergency, subject to § 99.36. (§ 99.31(a)(10)

Information the school has designated as "directory information" if applicable requirements under § 99.37 are met. (§ 99.31(a)(11))

To an agency caseworker or other representative of a State or local child welfare agency or tribal organization who is authorized to access a student's case plan when such agency or organization is legally responsible, in accordance with State or tribal law, for the care and protection of the student in foster care placement. (20 U.S.C. § 1232g(b)(1)(L))

To the Secretary of Agriculture or authorized representatives of the Food and Nutrition Service for purposes of conducting program monitoring, evaluations, and performance measurements of programs authorized under the Richard B. Russell National School Lunch Act or the Child Nutrition Act of 1966, under certain conditions. (20 U.S.C. § 1232g(b)(1)(K))

4. The right to file a complaint with the U.S. Department of Education concerning alleged failures by the school to comply with the requirements of FERPA. The name and address of the Office that administers FERPA are:

   Family Policy Compliance Office
   U.S. Department of Education
   400 Maryland Avenue, SW
   Washington, DC 20202

orado

# FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT (FERPA)

## NOTICE FOR DIRECTORY INFORMATION

The *Family Educational Rights and Privacy Act* (FERPA), a Federal law, requires that Victory Preparatory Academy, with certain exceptions, obtain your written consent prior to the disclosure of personally identifiable information from your child's education records. However, the school may disclose appropriately designated "directory information" without written consent, unless you have advised the school to the contrary in accordance with school procedures. The primary purpose of directory information is to allow the school to include information from your child's education records in certain school publications.

Examples include: the yearbook, honor roll or other recognition lists, graduation programs, activity lists, etc.

Directory information, which is information that is generally not considered harmful or an invasion of privacy if released, can also be disclosed to outside organizations without a parent's prior written consent. In addition, two federal laws require local educational agencies (LEAs) receiving assistance under the Elementary and Secondary Education Act of 1965, as amended (ESEA) to provide military recruiters, upon request, with the following information – names, addresses and telephone listings – unless parents have advised the LEA that they do not want their student's information disclosed without their prior written consent.

If you do not want the school to disclose any or all of the types of information designated below as directory information from your child's education records without your prior written consent, you must notify the school registrar in writing by October 5th. Victory Preparatory Academy has designated the following information as directory information:

- **Student's name**
- **Address**
- **Telephone listing**
- **Electronic mail address**
- **Photograph**
- **Date and place of birth**
- **Major field of study**
- **Dates of attendance**
- **Grade level**
- **Participation in officially recognized and extra-curricular activities and sports**
- **Degrees, honors, and awards received**
- **The most recent educational agency or institution attended**

# ASBESTOS FREE SCHOOL

Victory Preparatory Academy is an asbestos free school. However, to comply with State and Federal regulations, we have a management plan. If you wish to see it please contact the front office.

# AWARDS AND ACCOLADES

- ★ John Irwin Award
- ★ Center of Excellence Award
- ★ ELPA Excellence Award
- ★ Colorado Governor's Distinguished Improvement Award
- ★ ESEA Title I High Progress Reward School
- ★ High School Academic Growth Award
- ★ Foundations for Great Schools: Award Winning School
- ★ CDE nominated USDE Blue-Ribbon School

# EVIDENCE OF SUCCESS

- ★ CSI Distinction Schools
- ★ CDE "Performance" accountability ratings
- ★ "A" Grade by ColoradoSchoolGrades.com

**Our school earned an on**

**ColoradoSchoolGrades.com**



Exhibit 10

# STUDENT HANDBOOK ACKNOWLEDGEMENT FORM

Please read the following information carefully. Parents and student must sign this form.

I understand Victory Preparatory Academy is an educational institution committed to provide a quality education in a professional manner to all students.

I understand and consent to the school policies and procedures and parent/student responsibilities outlined in Victory Preparatory Academy's 2017/2018 Handbook.

I understand and agree that my student will be held accountable for his or her behavior and consequences as outlined in this document. He/she will be held accountable on and off school grounds (as related to the school community) and at school related activities, including school-sponsored travel.

I understand that any student who violates the code of conduct is subject to disciplinary action as outlined in this Handbook, which may include non-compliance, referral to law enforcement or legal prosecution.

I further understand and consent to my parental responsibilities as outlined in this handbook; including the agreement to immediately activate the signed consent to voluntarily withdraw my student(s) if I or any family member displays inappropriate conduct directed at the school or school personnel on or off school property (i.e. harassment, cursing, intimidation, defamation, obstinate or demanding actions, etc.).

Failure to sign this form does not remove responsibility to abide by the stated policies.

Case No.

# Contents

RESPECTFUL BEHAVIOR 3
VISION & MISSION STATEMENTS 3
DAILY SCHOOL SCHEDULE ........ 4
BREAKFAST & LUNCH PROGRAM ........ 4
JUNIOR/SENIOR OFF-CAMPUS LUNCH ........ 4
COMMONS: LUNCH EXPECTATIONS ........ 5
LEAVING SCHOOL EARLY 6
SCHOOL MASCOT/COLORS & CHARACTER TRAITS 6
VPA CAMPUS LIFE POLICIES 6
COMMUNITY AND COMMUNICATION 7
STUDENT CONFLICTS, TENSIONS, OR DISAGREEMENTS 8
VISITORS TO THE SCHOOL 9
VOLUNTEERS ........ 10
COVERT/SECRET RECORDING ........ 10
ATTENDANCE AND CLOSED CAMPUS POLICY ........ 10
ATTENDANCE AND PUNCTUALITY ........ 11
INTERNET ACCEPTABLE USE ........ 13
STUDENT MESSAGES/TELEPHONE USE ........ 13
JUNIOR/SENIOR DRIVING PRIVILEGES ........ 13
HIGH SCHOOL GPA RECOGNITION ........ 14
GRADES & TRANSCRIPTS ........ 15
PAPER-BASED TESTING POLICY 19
PARENT RIGHT OF REFUSAL (TESTING) ........ 20
ACADEMIC ISSUES AND SCHEDULING 21
HOLIDAY OBSERVANCES 21
ENGLISH IMMERSION 21
EXTRA HELP WITH CLASS WORK 22
HOMEWORK ........ 22
MANDATORY TUTORING ........ 22
ACADEMIC WATCH ........ 22
ACADEMIC REMEDIATION 23
EXTRACURRICULAR ACTIVITIES AND PROCEDURES ........ 23
ADMIN DETENTION ........ 23
DANGEROUS ITEMS 24
PHOTOS/RECORDINGS PROHIBITED 24
LEVEL ONE & LEVEL TWO REFERRALS 25



Exhibit 10

NO PUBLIC DISPLAYS OF AFFECTION ........ 25
CELL PHONES AND ELECTRONIC DEVICES 26
ACADEMIC DISHONESTY ........ 26
REASONABLE SEARCHES ........ 27
TOBACCO ........ 27
SUBSTANCE ABUSE ........ 28
THEFT ........ 29
VPA HALL PASSES ........ 29
TRUANCY ........ 29
VANDALISM ........ 29
SUSPENSION AND EXPULSION POLICIES 29
SCHOOL UNIFORM DRESS CODE ........ 30
DRESS CODE VIOLATIONS ........ 30
HIGH SCHOOL LADIES ATTIRE ........ 31
HIGH SCHOOL GENTLEMEN ATTIRE ........ 32
DRESS DOWN DAYS ........ 33
SPECIAL EVENTS ATTIRE ........ 33
FIELD TRIPS ........ 33
TRAVEL ........ 34
TOYS ........ 34
TEXTBOOKS ........ 34
VPA FACILITIES ........ 34
BACKPACK, BAGS, PURSE POLICY 35
WATER BOTTLES ........ 35
LOCKER POLICY ........ 35
LOCKER RULES ........ 37
CAFETERIA/COMMONS ........ 38
BULLETIN BOARDS AND POSTERS 39
LOST AND FOUND 39
EMERGENCY CLOSURE 39
EMERGENCY DRILLS 39
EMERGENCY NOTIFICATION SERVICE ........ 40
CHANGE OF ADDRESS ........ 40
PARENTS/GUARDIANS OUT OF TOWN ........ 40
STUDENT HEALTH ........ 40
IMMUNIZATION (AND EXEMPTION) REQUIREMENTS 43
RESPONSE TO STUDENTS WITH FOOD ALLERGIES 45
ENROLLMENT POLICY ........ 46
NEW STUDENTS ........ 48
RETURNING STUDENTS 48



Exhibit 10

ENROLLMENT ACCEPTANCE .......... 48
REGISTRATION .......... 49
CLASS PLACEMENT POLICY 49
SPECIAL EDUCATION 49
TRANSFERS & WITHDRAWALS 51
PERMANENT RECORDS 51
TRANSPORTATION .......... 52
TRANSPORTATION GUIDELINES FOR PARENTS AND STUDENTS .......... 52
COMMUNICATION WITH PARENTS /GUARDIANS .......... 53
PARENT/GUARDIAN SURVEY .......... 56
PARENT/GUARDIAN RESPONSIBILITIES 56
PARENT'S RIGHT TO KNOW .......... 57
NOTIFICATION OF RIGHTS UNDER FERPA FOR ELEMENTARY AND SECONDARY SCHOOLS .......... 57
FERPA NOTICE FOR DIRECTORY INFORMATION 61
ASBESTOS FREE SCHOOL. 62
AWARDS AND ACCOLADES 62
EVIDENCE OF SUCCESS 62
STUDENT HANDBOOK ACKNOWLEDGEMENT FORM 67

orado

***RETURN THIS PAGE TO THE SCHOOL***

Victory Preparatory Academy

# STUDENT HANDBOOK ACKNOWLEDGEMENT FORM

Please read the following information carefully. Parents and student must sign this form.

I understand Victory Preparatory Academy is an educational institution committed to provide a quality education in a professional manner to all students.

I understand and consent to the school policies and procedures and parent/student responsibilities outlined in Victory Preparatory Academy's 2017/2018 Handbook.

I understand and agree that my student will be held accountable for his or her behavior and consequences as outlined in this document. He/she will be held accountable on and off school grounds (as related to the school community) and at school related activities, including school-sponsored travel.

I understand that any student who violates the code of conduct is subject to disciplinary action as outlined in this Handbook, which may include non-compliance, referral to law enforcement or legal prosecution.

I further understand and consent to my parental responsibilities as outlined in this handbook; including the agreement to immediately activate the signed consent to voluntarily withdraw my student(s) if I or any family member displays inappropriate conduct directed at the school or school personnel on or off school property (i.e. harassment, cursing, intimidation, defamation, obstinate or demanding actions, etc.).

Failure to sign this form does not remove responsibility to abide by the stated policies.

**Date:** ___

**Parent/Guardian Name (print):** ___

**Signature:** ___

**Student Name (print):** ___

**Signature:** ___