# DECLARATION OF DIANE POPENHAGEN

I, Diane Popenhagen, swear that the following is true and correct to the best of my knowledge and information:

1. My name is Diane Popenhagen. I am over the age of eighteen and am otherwise competent to testify. I make the following statements based on my personal knowledge.

2. I taught English Composition and English Literature to freshman and senior students during the 2017/2018 schoolyear at Victory Preparatory Academy ("VPA").

3. VPA is a public charter school located in Commerce City, Colorado, and sits within Adams County School District 14.

***September 28, 2017 Student Protest***

4. VPA follows a morning routine where students and teachers assemble in the gym for morning announcements, a brief speech from a teacher related to VPA's weekly educational theme (such as valor or integrity, for example), and recitation of both the American Pledge of Allegiance and VPA's school pledge of allegiance.

5. On the morning of September 28, 2017, I was scheduled to be my department's speaker during the morning assembly.

6. At the beginning of my day, before the morning assembly, I stood at my morning post on the second-floor stairwell.

7. Two seniors approached me and gave me a letter that they had written. They asked me to proofread it and tell them whether or not it was clear. The letter was a list of requests to the VPA administration about how to improve the environment for students at VPA.

I fixed a comma in the letter and sent the students on their way. The letter the students wrote is attached to this declaration as **Exhibit A**.

8. Shortly thereafter, the school bell rang and I, along with all the other students and teachers, headed to the school gym.

9. After the students gathered and sat down in the bleachers, VPA Administrator Wade Cole asked the teachers for any announcements, which went as normal.

10. Following the announcements, I took the microphone and delivered the speech that I had prepared for the VPA weekly theme, which for that week was "valor."

11. When I was finished with my speech, I told the students, "Please stand for the Pledge of Allegiance." The students in the bleachers all stood up, and turned toward the American flag, as did the teachers.

12. Everyone assembled recited the National Pledge of Allegiance.

13. When the Pledge of Allegiance was over, I turned back to the students and instructed, "Please stand for the VPA pledge."

14. The VPA pledge is a short, one sentence statement affirming the values of the school that the administration requires the students to recite.

15. Most of the VPA high school students, still standing from the Pledge of Allegiance, sat down.

16. I repeated to the students, "Please stand for the pledge." In response, several of the students who had initially remained standing, then sat down.

17. The high school students remained seated in silence. Though the students did not stand for the pledge, they remained calm, collected, and respectful.

18. At this point, VPA's Physical Education teacher approached me and grabbed the microphone out of my hands.

19. Wayne then yelled into the microphone, "Stand up!"

20. Wayne then walked into the bleachers where the high school students continued to sit silently. He yelled at the students, "Stand up! Stand up now!" in an attempt to get the students to stand and recite the school pledge.

21. After the students continued to sit silently for several more moments, Jeremey, a VPA administrator told the students, "Then just go to class!" and ended the assembly by releasing the students to class as normal.

22. Nothing in the students' conduct that morning interfered with the learning environment of the school. They were respectful and nondisruptive.

23. Because I did not have a first-period class to teach, I stayed in the gym with several of the other teachers as the students left to attend their classes.

24. After a few minutes, VPA CEO Ron Jajdelski came into the gym, followed shortly thereafter by all of VPA's high school students, who had apparently been called back from their first-period classes.

25. The students returned to the bleachers as they had earlier that morning.

26. As the students assembled, Ron began angrily yelling at the students about their protest.

27. Ron yelled at the students and asked, "So what, you think you're too good to stand up for the pledge? You think you're big men?"

28. Two seniors who were sitting near the front row of the bleachers responded to Ron, "No, sir. We have some requests." The two then stood up and approached Ron with the

written letter the students had drafted (**Exhibit A**). As the two walked up, the rest of the high school students stood up in solidarity with their classmates.

29. Ron took the letter and appeared to skim it over. He then responded to the students, "Spirit week?" And then, sarcastically, "This is about wearing pajamas to school?" Ron was referring to some of the requests the students listed in **Exhibit A**.

30. Ron then told the students, "If you want to go to Adams City, you can get out and go to Adams City."

31. Ron then told the students, "Get out, go home. You're all going home."

32. One of the teachers present then asked Ron, "the Seniors?" Ron replied, "No everybody get out! Go to the cafeteria, call your parents, get out! Think for a day or two about whether you want to come here or go to Adams City."

33. The students began filing out of the gym and into the cafeteria.

34. Once the students had left the gym, Ron instructed the teachers, "[The students] are not allowed to mention this. If they mention this, send them to the office and we will give them detention." Ron also reiterated this in a later staff meeting.

35. The students who were able to drive themselves to school left campus right away.

36. The remainder of the students, which was the majority, waited in the cafeteria. They were released to the front office to call their parents in groups of two to three students at a time.

37. While the students waited, many were extremely upset. I saw several students crying.

38. Some of the other teachers and I walked around the room trying to calm the students down and talk to them about their concerns.

39. Many students expressed fear that they would be punished by their parents for having been sent home.

40. Several students expressed that their parents would have to leave work or call in sick to come get them. Many were afraid that their families would face financial problems as a result of their parents missing work. Several expressed that they would be in serious trouble for causing financial hardship to their families.

41. I recall seeing one of our teachers helping a frantic student search through the VPA student handbook to see if their protest had somehow violated a school rule.

42. There was a tremendous amount of stress, anxiety, and fear amongst the students.

43. During this period Ron stayed in his office.

44. At some point, a VPA administrator announced over the school PA system that it would be a teacher work day.

45. Eventually, all of the high school students left the school building.

***Fallout from the September 28, 2017 Suspensions***

46. When I worked there, the curriculum at VPA operated on a strict 5-day plan consisting of homework, classwork, and a weekly test or quiz.

47. The tests and quizzes are a heavily weighted, comprising seventy percent of a student's overall grade.

48. The tests and quizzes are mandatory and cannot be changed. When school days are cancelled, teachers and students must compress the amount of content that remains for the week into fewer days. Because the tests quizzes cannot be changed, if students struggle with the compressed material their test scores also suffer.

49. Due to the heavy weight of tests and quizzes, even small drops in performance on a weekly test or quiz will impact students' overall class grades and their grade point averages.

50. When the students returned to school after their suspensions, the teachers had to readjust the weekly curriculums so that the students could be ready for their weekly tests and quizzes.

51. I personally tried to compress two days of material into a single day. This involved summarizing stories that were important to the lesson plan, rather than reading and analyzing them in detail. Students were also required to do make up work on their own time.

52. In general, students both learn and test more effectively with more class time. This is especially true of students who are already lower-range performers.

53. For lower aptitude students, individual make-up work can be far less effective than guided learning. For those students, class time is crucial for comprehension and a passing grade.

54. The effect of the missed lesson time was obvious when the students took their weekly assessment. Overall, my students bombed the test.

55. There was a marked decrease in my class's overall performance on the weekly test the week of the suspensions. Most of my students received lower grades than they had in other weeks, and lower than I would have expected had they not been forced to miss class time.

56. The lower scores that students received the week of the suspensions likely affected their overall grades in my class for the worse. It is certainly possible that students in my class received lower overall grade point averages for the semester after performing poorly on their weekly assessment.

57. Because the curriculum at VPA is inflexible, I did not have the option of offering students extra credit or other assignments to offset their relatively low scores. Students could not make up the lost points even if I wanted them to.

58. The week of September 28, 2017, VPA was also in the midst of preparing for a second series of Partnership for Assessment of Readiness for College and Careers ("PARCC") testing. PARCC testing evaluates students' reading, writing, and math skills.

59. PARCC scores are used by colleges in determining students' worthiness for admission.

60. Being suspended while in the midst of preparing for critical college admissions testing and being deprived of lesson time resulting in lower assessment scores was a huge blow to students. This is especially true for the affected Seniors, who had little time to repair any damage.

61. Following the suspensions for the student protest, the environment at VPA changed dramatically. The students were dejected and hopeless. They wanted to hide and make the whole thing go away. There was so much less camaraderie amongst them. The students I got back from suspension were simply not the same as before they were sent home. They became sullen and introverted.

62. VPA's punitive response to the student protest was absolutely counter-educational. The repercussions the students suffered did tangible harm to their present and future education.

63. Sometime after the protest, the Colorado Charter School Institute sent representatives to VPA, purportedly to investigate the suspensions.

64. I know from my students that Ron pulled students into meetings with these representatives without warning and without notifying their parents and pressured them to tell him who had organized the protest and to turn in their friends. Ron can be very intimidating, and many of the students were afraid of him. These meetings exacerbated the students' fears about what might happen as a result of their protest.

***Social Media Discipline***

65. Shortly after the September 28, 2017 protest and suspensions, a VPA Junior posted "Ron can suck my left nut," on his personal Facebook page.

66. Just days later, as I was entering VPA's front entrance, the student who had written the Facebook post arrived on campus with his father and tried to come into the building. Ron came outside the VPA front entrance and told the student to apologize or he would not be let inside. Ron then proceeded to get into an argument with the student. Eventually the student and his father left, and the student did not return to VPA.

67. Following this incident, many students, and several that were in my classes were suspended or expelled from VPA for either "liking" or commenting on the Facebook post.

68. It was obvious from the timing of the suspensions based on the Facebook post that the school administration was monitoring students' social media activity extremely closely.

69. One of my students "liked" the post on Facebook. He told me that he logged in and liked it on a break between classes. VPA has a three-minute passing period prior to my class. The student arrived in my class and took his seat. Just moments after the bell rang for the class to begin, I received a call on my classroom phone from an administrator telling me to send the student to the front office with his belongings because he was being suspended. The student

later told me that he was told by administrators that the suspension was based on his "liking" the Facebook post.

70. One of my Freshman students was similarly suspended for "liking" the Facebook post.

***VPA Policies***

71. VPA uses a student handbook which lays out the policies and procedures that purportedly govern student behavior.

72. I do not believe that the students were provided with copies of the student handbook.

73. I never received any training on the contents of the handbook, and I do not believe that students were trained on the contents of the handbook.

74. At VPA, I received an approximately 30-minute training regarding specific student behaviors that the administration wanted to see punished. These included things like dress code violations, classroom etiquette, and participation in all questions and answers.

75. The training also included strategies for writing students up quickly. The administration insisted that teachers keep write-up slips on their podiums in class.

76. This training, however, was not focused on the enforcement of any specific policy or policies. Rather, it focused on conduct that the administration found subjectively offensive.

77. In my experience at VPA, policies did not have a particularly important relationship to punishment. Punishment was far more arbitrary than that. If Ron or another administrator was angry, there would be a punishment. The administration interpreted school policies so broadly that almost any conduct could be argued to fall within an area of proscribed

conduct. Only if there was pushback from the student or a parent would the handbook or any policy in it be referenced.

78. The imposition of student discipline at VPA was summary and fallacious. There was no process by which students could challenge the accusations against them. Decisions regarding punishment were premade. There was no recourse available for the student to be heard or challenge a disciplinary decision.

79. Ron imposed student discipline at will. In practice, he was not constrained by anything in the student handbook or any other school policies. These policies were used to rationalize discipline after the fact, rather than serve as its basis from the outset. VPA was a punish-first environment.

80. Ron's tendency to suppress student speech was not limited to his reaction to the September 28, 2017 student protest and related Facebook posts. In the spring of 2018, when high school students were planning a national school walkout to protest gun violence, Ron instructed the teachers that any student who walked out would be expelled.

I, Diane Popenhagen, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and the laws of the United States of America that the preceding is true and correct, based on my personal knowledge.

DATED this 10th day of December 2018.

s/ Diane Popenhagen
Diane Popenhagen