**DECLARATION OF KATIE STRANGE**

I, Katie Strange, swear that the following is true and correct to the best of my knowledge and information:

1. My name is Katie Strange. I am over the age of eighteen and am otherwise competent to testify. I make the following statements based on my personal knowledge.

2. I was a calculus teacher at Victory Preparatory Academy ("VPA"). I left my position at VPA at the end of the 2017/2018 schoolyear.

3. At the start of every school day at VPA, all students attend an assembly in the school gym.

4. On September 28, 2017, during the morning assembly, the assembled students stood and recited the Pledge of Allegiance.

5. Following the Pledge of Allegiance, the students were asked to remain standing and recite VPA's school pledge.

6. Most of the students then sat down and remained silent.

7. The protesting students remained totally silent throughout their display. The students were not disrespectful or disruptive.

8. One of the teachers present began yelling at the students to stand up and recite the school pledge.

9. When the students remained passively noncompliant, they were eventually released to go to class.

10. The teachers who were reacting to the students' protest were far louder than the students at the assembly.

11. About five minutes into the first period following the morning assembly, there was an announcement telling all the high school teachers to bring their students back to the gym.

12. Because I didn't have a first period class I did not return to the gym with the rest of the students and teachers.

13. When the students and teachers were released from the assembly for the second time, several of my fellow teachers told me that Mr. Jajdelski, VPA's CEO, had suspended the entire high school.

14. Shortly after the assembly was released, the school PA came on again and announced that the rest of the school day would be a teacher work day.

15. As the students were being released and waiting for their parents, many of the high school teachers, including myself, gathered on the balcony that overlooks the cafeteria area where the students were gathered.

16. Throughout the entire process there was no vandalism or altercations between students. I did not witness any disruptive behavior by students throughout the entire ordeal.

17. The school's reaction to the students was far more disruptive to the school than the students' protest. The school's reaction also had severe and lasting repercussions.

18. Had the administration not responded to the students by suspending the entire high school, there would have been no disruption to my classroom. I would have been able to teach that day as normal. The only effect on the learning environment came from the response of the administration.

19. After the suspensions, before the students returned to school, Ron told the teachers that we would not be entertaining student discussion of the protests.

20. Following the suspensions, I had to go through my lesson plan faster than I wanted to. The section I was teaching was one that became a struggle the entire year. I had to return to that topic repeatedly over the course of the year. It was a necessarily recurring skill that they struggled with more than other topics.

21. At least 2 of my 7 students would have done better in the class overall if they had more time to tackle the topics we covered during the week of the suspension.

22. The mass suspension palpably changed the atmosphere at VPA. The teachers were put on guard. We felt the administration wasn't stable and we did not know what might happen next.

23. The changed environment affected my relationship with the students. There was long period where both my students and I were totally unsure of what we could or should say in the classroom. I watched every word that came out of my mouth because I was afraid something otherwise normal would be reported to the administration and I would be fired.

24. When my fellow teachers and I wanted to discuss any issues related to the student protests or the disciplinary environment, we had to be very cautious. We largely discussed these matters outside of school.

25. It was after the protest that many of the teachers, including myself, decided that we would not be teaching at VPA another year. Ron's knee jerk reaction to the students' commendable behavior made it very difficult to teach my students about the life skills and civic virtues VPA claimed to uphold. The students came to see lessons on VPA's five pillars –

character, excellence, nobility, vision, and valor – as disingenuous.

26. In the days after the protest, one of the high school students made a Facebook post which said something to the effect "the CEO can suck my left nut."

27. The student was expelled for having made that post.

28. Several other VPA students who had "liked" the post on Facebook were suspended for having done so. One of my students was among those suspended for having liked the Facebook post.

29. VPA uses a Student Handbook that has numerous policies that purportedly govern student behavior and discipline.

30. However, the policies were enforced in a very selective and inconsistent way. Disciplinary actions were often far too harsh. Students were often treated differently and had different disciplinary actions taken against them for the same supposed infractions.

31. There was very little predictability because the administration had so much discretion to do as they wished.

32. I was never trained on the contents of the handbook. I don't believe that I was trained on any specific policies.

33. In my experience at VPA, school policies were incidental to discipline. If anything, policies were used to rationalize discipline after the fact.

34. In my experience, students and teachers were disciplined according to the feelings of the administration on the day in question.

35. A much higher percentage of students at VPA were suspended or expelled compared to other schools that I've either attended or worked in. A significant percentage of the VPA student body was expelled the year that I worked there.

36. It was well known at VPA that instead of expelling students, the school forcibly disenrolls them by pressuring parents into a signing voluntary disenrollment paperwork.

I, Katie Strange, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and the laws of the United States of America that the preceding is true and correct, based on my personal knowledge.

DATED this ____5th__ day of ___December___, 2018.

____/s/__Katie_Strange________________
Katie Strange