# DECLARATION OF FATEN TARAM

I, Faten Taram, swear that the following is true and correct to the best of my knowledge and information:

1. My name is Faten Taram. I am over the age of eighteen and am otherwise competent to testify. I make the following statements based on my personal knowledge.

2. I taught Biology and Chemistry for tenth and eleventh grade students from July 2017 until April 6, 2018, at Victory Preparatory Academy ("VPA").

3. On September 28, 2017, during the morning assembly the students were instructed to remain standing and say the school pledge of allegiance. A number of students sat down and did not recite the school pledge.

4. After the students sat, the physical education teacher, Mr. Washington, yelled at the students to stand up and say the pledge. Wade Cole, an administrator, was also yelling at the students to get up and say the pledge.

5. After some time, the teachers and administrators moved on and let the students go to class.

6. It was surprising to see the students stand up for themselves because VPA's environment was so restrictive.

7. Once the students were dismissed to class, I left the gym to speak with some of our administrative staff about a field trip to Rocky Mountain Arsenal I was supposed to take with my students later that day. There was a very tense feeling among the administrators after the students were dismissed so I wanted to check to be sure I would still be able to conduct the field trip.

8. I was told that the field trip was canceled and that I should return to the gym.

9. Just minutes later, all of the high school students and teachers were asked to come back to the gym through an announcement over the school's microphone system.

10. My class, along with all the other high school students and teachers returned to the gym.

11. When the students returned, Ron Jajdelski, VPA's CEO, angrily questioned the students about why they had protested the school pledge. I remember one student complained that they had never been on a field trip. Ron was dismissive of that complaint, and similar complaints by other students.

12. After berating the students, Ron told the students he was calling their parents and that they would all need to go home.

13. The students then left the gym to be picked up by their parents.

14. The school announced a teacher work day shortly thereafter. The teachers all stayed until the end of the day.

15. When the students returned from suspension in the following days, the environment was very tense. The teachers thought they might be instructed to discipline students for discussing the protest or the issues they had raised.

16. In the week or so after the suspensions, one of my students (Melton) wrote on his Facebook page that "Ron could suck a nut." The other students in my class showed me the post.

17. The student that wrote the Facebook post was expelled almost immediately. He explained to me that he had been expelled for having written the comment.

18. One of my other students (Victor) "shared" the post on Facebook and he was also expelled shortly afterward. When I reached out to him, that student talked to me about what

happened after he had left school. I waited a few months to reach out to him because I was afraid that I would be fired if I talked to him.

19. At least three of my students were suspended for 3 days after they "liked" the Facebook post. I know more than those three were suspended, but of my students it was at least three.

20. It was very hard to teach during this time. These students have been in the school since the sixth grade. After the school began punishing them for the protest and their related social media activity, they were all afraid that they would be kicked out of VPA.

21. The students had a hard time focusing on their work. They were all really sad. They were less close with one another and with their teachers after these events. With so many students suspended or expelled, you could tell that students felt a deep loss.

22. It seems likely that students' grades were probably affected by the sudden change in their learning environment.

23. VPA's policies were very restrictive and their enforcement did not always make sense.

24. While there were rules outlined in a handbook, administrators seemed to discipline students however they wanted. The administration could do whatever it wanted, regardless of whether a specific policy was at issue.

25. At times, students received different punishments for the same types of behavior.

26. When a student was disciplined there was no way for them to challenge the disciplinary decision.

27. Ron would justify his disciplinary decisions by telling students things like, "If you don't like it then you need to leave the school."

I, Faten Taram, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and the laws of the United States of America that the preceding is true and correct, based on my personal knowledge.

DATED this 7 day of December, 2018.

Faten

Faten Taram